## United States Bankruptcy Court
### Western District of Louisiana

In re: **Harvest Oil and Gas, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Operating Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 31, 2009**

/s/ Thomas F. Cooke
**Thomas F. Cooke/Operating Manager**
Signer/Title

Axxis Drilling, Inc.
1015 N. Cruse Avenue
Broussard, LA 70518


BJ Services Company
P. O. Box 4346 Dept. 393
Houston, TX 77210-4346


C&D Production Specialist Co
P. O. Box 1489
Larose, LA 70373


Contractors, Inc.
P. O. Box 310
Empire, LA 70050


Eagle Consulting, LLC
1800 Carol Sue Avenue
Gretna, LA 70054


Grand Isle Shipyard, Inc.
P. O. Box 820
Galliano, LA 70354


Jambon and Associates, LLC
P. O. Box 438
Cut Off, LA 70345


Louis Phillips
Gordon Arata
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916


M&M Wireline & Offshore Service
P. O. Box 592
Belle Chasse, LA 70037

MacBank Limited - Houston Rep.
One Allen Center
500 Dallas, Suite 3100
Houston, TX 77002


Macquarie Bank Limited
Level 15, No. 1 Martin Place
Metals and Energy Capital Divisi
Sydney, NSW 2000
Australia


Madere & Sons Marine Rental
37212 Hwy 11 South
Buras, LA 70041


Perf-O-Log, Inc.
P. O. Box 200050
Dallas, TX 75320-0050


Precision Energy Services
P. O. Box 200698
Dallas, TX 75320-0698


Quality Energy Services
P. O. Box 3190
Houma, LA 70361


River Rental Tools
109 Derrick Rd.
Belle Chasse, LA 70037


Spirit Completion Fluids
12941 North Freeway, Suite 400
Houston, TX 77060


Tetra Applied Technologies, LLC
P. O. Box 841185
Dallas, TX 75284-1185

Thomas Energy Services, Inc.
P. O. Box 200701
Dallas, TX 75320-0701


TK Towing, Inc.
P. O. Box 2706
Morgan City, LA 70381


Trinity Petroleum Trust
P. O. Box 99084
Fort Worth, TX 76199-0084


Wayzata Investment Partners, LLC
Administrative Agent
701 East Lake Street, Suite 300
Wayzata, MN 55391


Wayzata Opportunities Fund II, LP
701 East Lake Street, Suite 300
Wayzata, MN 55391


Wayzata Opportunities Fund, LLC
701 East Lake Street, Suite 300
Wayzata, MN 55391


Wise Well Intervention
Department 905
P. O. Box 4652
Houston, TX 77210-4652


Y & S Marine, Inc.
P. O. Box 669
Belle Chasse, LA 70037