IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HARVEST OIL & GAS, LLC, *et al* | § | CASE NO. 09-50397 and |
| | § | (Jointly Administered) |
| Debtors | § | |

# EXHIBIT "A"

## Fee Statements Submitted for the Fee Period
## November 1, 2009 thru February 28, 2010

PART 4 – February 2010



**Attorneys at Law**
Baton Rouge
Birmingham
Houston
Jackson
Memphis
Mobile
Nashville
**New Orleans**
Washington, DC

March 19, 2010

Harvest Oil & Gas, LLC
Saratoga Resources, Inc.
The Harvest Group LLC
Lobo Operating, Inc.
and Lobo Resources, Inc.
7500 San Felipe, Suite 675
Houston, TX 77063
JBrown@saratogaresources.net
Fax: (713) 458-1561

**Lisa Merz Hedrick**
(504) 585-0307
E-Fax (504) 553-9762
lisa.hedrick@arlaw.com

Mike Crawford
Taylor Porter
8th Floor Chase Tower South
451 Florida Street
Baton Rouge, LA 70801
mike.crawford@taylorporter.com
Fax: (225) 346-8049
Counsel for the Official Committee
of Unsecured Creditors

Leonard W. Copeland
300 Fannin St., Suite 3196
Shreveport, LA 71101
Leonard.W.Copeland@usdoj.gov
Fax: (318) 676-3212
Counsel for United States Trustee

Louis M. Phillips
Gordon, Arata, McCollam, Duplantis
& Eagan, L.L.P.
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
LPhillips@gordonarata.com
Fax: (225) 336-9763
Counsel for Macquarie Bank Limited

James Lee
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
jimlee@velaw.com
Fax: (214) 999-7744
Counsel for Wayzata Investments
Partners, LLC

RE: In Re: Harvest Oil & Gas, LLC, *et al,* Case No. 09-50397
11th Interim Request for Payment of Professional Fees
By Adams and Reese LLP
For Period February 1-28, 2010

Dear Sirs,

The following page contains a summary of the fees and costs incurred by Adams and Reese LLP for which we seek reimbursement in accordance with the Administrative Order Under Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered by the Bankruptcy Court on April 17, 2009 (Doc. No. 95). Attached please find the time

One Shell Square • 701 Poydras Street, Suite 4500 • New Orleans, Louisiana 70139 • (504) 581.3234 • Fax (504) 566.0210 • www.adamsandreese.com

09-50397 - #1094-4 File 04/15/10 Enter 04/15/10 11:16:39 Exhibit A - Fee Statements
(Part 4) Pg 2 of 66

records supporting the following summary of fees and costs. Please notify us in writing by sending a written "Notice of Objection to Fee Summary" with a statement setting forth the precise nature of the objection and the amount at issue, if you or your clients have any objection to the Debtors' payment of the fees and costs outlined below within 15 days. If no objections are timely received, we will ask that the Debtors pay eighty-five percent (85%) of the fees and one hundred percent (100%) of the disbursements/costs or such portion as to which no objection has been made.

| | |
|---|---|
| TOTAL AMOUNT OF FEES INCURRED FOR PERIOD: | $ 232,916.50 |
| LESS 15%: | $ 34,937.48 |
| PLUS 100% OF COSTS | $ 8,296.99 |
| EQUALS AMOUNT DUE IF NO OBJECTION TIMELY RECEIVED: | $ 206,276.01 |

Thank you for your prompt attention to this matter.

Regards,

ADAMS AND REESE LLP

By: _____

Robin B. Cheatham, La. Bar No. 4004
John M. Duck, La Bar 5104
Lisa M. Hedrick, La. Bar No. 26421
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Telecopy: (504) 566-0210
*Attorneys for* Harvest Oil and Gas, LLC, Saratoga Resources, Inc., The Harvest Group LLC, Lobo Operating, Inc. and Lobo Resources, Inc.

 ADAMS AND REESE LLP

Attorneys at Law
Federal ID No.
72-0424362

March 16, 2010

Invoice Number: 563626

Saratoga Resources, Inc.
Chairman/CEO
67201 Industry Lane
Covington, LA 70433

File Number: 017631-000002
Chapter 11 Reorganization
Client Ref. No.

---

# Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

### 1    Draft, review and/or revise pleadings, and electronic filing of pleadings.

| | | | |
|---|---|---|---|
| 02/01/10 | V. White | .50 | Review revised Xplor settlement agreement and Amendment to PHA (.30); correspondence w/ John Duck re: same (.20). |
| 02/01/10 | D. Bowsher | .90 | Review and revise credit agreement. |
| 02/01/10 | L. Hedrick | 1.00 | Review fee contract between POGM & Debtors, and fee statement calculation spreadsheet (.50); draft Eleventh Interim cash collateral budget (.20); review weekly financial package (.30). |
| 02/02/10 | L. Hedrick | .40 | Review reservation of rights by Wayzata to Debtors' continued use of cash collateral (.30); review minute entry re Xplor (.10). |
| 02/02/10 | R. Cheatham | .90 | Multiple telephone conversations with P.J. Goodwine re adversary against former owners (.50); review of draft of adversary against former owners (.40). |
| 02/02/10 | V. White | 1.80 | Revise settlement agreement terms .80; conf. w/ John Duck re: same (.20); correspondence w/ Xplor re: same (.10); review Xplor's revised settlement terms .50; review draft motions re: expedited hearing and to approve compromise and settlement (.20). |

Please remit payment to:    **Adams and Reese LLP**
**Dept. 5208 • P.O. Box 2153 • Birmingham, AL 35287-5208**

Baton Rouge • Birmingham • Houston • Jackson • Memphis • Mobile • Nashville • New Orleans • Washington, DC

| 02/02/10 | J. Duck | .50 | Revise pleading to approve Xplor settlement (.10); review additional revisions to Settlement Agreement made by Mr. Schupp (.10); prepare estimate requested by Mr. Otillio for Plan purposes (.20); review Term Sheet for Plan amendments (.10). |
|---|---|---|---|
| 02/02/10 | D. Bowsher | 2.90 | Review and revise credit agreement |
| 02/02/10 | S. Cheatham | .50 | Review reservation with rights by Wayzata regarding Cash Collateral (.40); review Minute Entry regarding Xplor and Taylor Porter (.10). |
| 02/02/10 | J. Lee | .30 | Reading Wayzata filing on adequate protection, and other recent case pleadings. |
| 02/02/10 | J. Courcelle | .10 | Review the Debtor's Weekly Financial Package. |
| 02/02/10 | J. Courcelle | .20 | Review Reservation of Rights filed by Wayzata. |
| 02/03/10 | J. Lee | .40 | Reading latest filings by Wayzata (.20); strategy advice email to co-counsel on same (.20) |
| 02/03/10 | S. Cheatham | 1.90 | Preparation of revised Class 3, 4 and 6 ballots and ballot instructions. |
| 02/03/10 | D. Bowsher | 4.50 | Review and revise credit agreements. |
| 02/03/10 | L. Vanderpoel | .60 | Revise Motion to Approve Compromise with Xplor. |
| 02/03/10 | R. Cheatham | .30 | Review of turnover order. |
| 02/03/10 | L. Hedrick | 3.80 | Draft Response to Wayzata's cash collateral use reservation of rights (.40); review pleadings filed since filing of previous Disclosure Statement (1.0) draft Disclosure Statement for Joint Plan (2.0); review, revise and edit consent order on Wise Well garnishments (.40). |
| 02/04/10 | L. Hedrick | 4.00 | Continue review of pleadings and drafting Disclosure Statement (3.8); prepare cash collateral order for filing (.20). |
| 02/04/10 | R. Stewart | 5.70 | Revise, and finalize comprehensive litigation strategy of claims and forward same to John Lee (4.50); review and analyze further research materials and section prepared by Ashley Anderson and make revisions and incorporate same into draft of litigation write-up (1.20). |
| 02/04/10 | J. Courcelle | 2.30 | Revise and edit Disclosure Statement. |

| | | | |
|---|---|---|---|
| 02/04/10 | D. Bowsher | 4.40 | Review and revise credit agreements (3.10); review and revise plan (1.30) |
| 02/04/10 | V. White | .50 | Telephone conversation with Ben Schupp re: terms of Harvest v. Xplor settlement (.20); correspondence with John Duck and Brian Daigle re: same (.30). |
| 02/04/10 | J. Duck | 1.50 | Propose revisions to Wayzata Notice (.30); review ISDA (.30); review Hedging Contracts (.20); review analysis of jurisprudence on Hedges (.30); review revisions to Credit Agreement (.20); begin reviewing amendments to Plan (.20). |
| 02/05/10 | J. Duck | 1.70 | Review changes to Plan (.50); draft revisions to Plan and email correspondence to counsel for equity holders (1.0); review and revise Motion to Assume (.20). |
| 02/05/10 | V. White | .50 | Attention to settlement agreement re-drafting (.30); correspondence with Messrs. Brian Daigle, John Duck, and Ben Schupp re: rolling tanks claims and terms in settlement re: same (.20). |
| 02/05/10 | L. Vanderpoel | .90 | Assist with revisions to Motion of Debtors to Assume Lease of Non-Residential Real Property with San Voss Properties, LP(.20); draft notice of hearing(.20); prepare Motion and Notice of Hearing for filing and service(.20); file Motion and Notice(.20); calendar pertinent dates and deadlines(.10). |
| 02/05/10 | L. Vanderpoel | 2.00 | Draft procedures motion. |
| 02/05/10 | D. Bowsher | 5.50 | Review and revise plan (4.5); review and revise credit agreements (1.0) |
| 02/05/10 | S. Cheatham | .40 | Review Motion to Assume San Van Lease (.30); review Order Granting Taylor Porter Fees (.10). |
| 02/05/10 | L. Hedrick | 4.50 | Review pleadings re Houston lease and extensions to deadline to assume Houston lease (1.80); revise and edit motion to assume Houston lease and prepare to file same (.20); continue drafting Disclosure Statement (2.0); |
| 02/07/10 | D. Bowsher | 2.00 | Review and revise credit agreement. |
| 02/07/10 | J. Duck | .20 | Review changes to Wayzata Credit Agreement ((.20)). |

| 02/08/10 | J. Duck | .60 | Review of litigation summary (.30); review new draft of Wayzata Credit Agreement (.10); review additional Plan markup (.20). |
| 02/08/10 | D. Bowsher | 2.70 | Review and revise plan (2.40); review and analyze credit agreement revisions (.30) |
| 02/08/10 | V. White | .50 | Correspondence with Ben Schupp re: settlement agreement (.10); review of Mr. Schupp's revisions to same (.20); correspondence with John Duck, Lisa Hedrick, and Laura Vanderpoel re: same (.20). |
| 02/08/10 | J. Lee | .80 | Reviewing current revisions to the Plan with attention to litigation issues and preservation of claims, and several conferences and follow up emails with co-counsel re same. |
| 02/08/10 | J. Courcelle | .30 | Review revisions to the Third Amended Plan. |
| 02/08/10 | J. Courcelle | 3.80 | Preparation of revisions and additions to Procedures Motion (1.20); prepare background re recent filings (1.20); prepare procedures for voting, tabulating ballots and solicitations (1.40). |
| 02/08/10 | L. Hedrick | 5.30 | Review Xplor Complaint and Motion to Approve Settlement (.50); review and analyze multiple redlined drafts of Third Amended Plan (1.80); continue compiling information and drafting Third Amended Disclosure Statement (3.0). |
| 02/09/10 | L. Hedrick | 3.00 | Review of latest drafts of Plan (.80); continue drafting Disclosure Statement(1.2); draft Summary of Third Amended Plan (1.0). |
| 02/09/10 | J. Courcelle | .30 | Review revisions to the Plan. |
| 02/09/10 | J. Courcelle | 6.20 | Further prepare Procedures Motion preliminarily approving the Disclosure Statement, approving the Solicitation Package, approving the Procedures for Voting and Tabulation, and approving the forms of Ballots. |
| 02/09/10 | V. Owens | 2.00 | Preparation of the adversary cover sheet (.50); electronically file the Complaint and all exhibits against Barry Ray Salsbury et al and add all counsel of record for Debtor (.50); preparation of five summons (1.0). |

| | | | |
|---|---|---|---|
| 02/09/10 | S. Cheatham | 1.20 | Preparation of Amended Ballots for classes 2, 5 and 7. |
| 02/09/10 | V. White | .40 | Attention to Harvest v. Xplor Settlement Agreement (.20); correspondence w/ B. Daigle and John Duck re: same (.20). |
| 02/09/10 | D. Bowsher | .50 | Review and revise plan. |
| 02/09/10 | J. Duck | .40 | Review email correspondence and draft Third Amended Disclosure Statement (.40). |
| 02/10/10 | J. Lee | .80 | Reading latest cash collateral budget and advice to working group re same (.20); reading notice re change in UCC, and advice to co-counsel re same (.10); reviewing latest redraft of 3rd amended plan and follow up advice on same to Messrs Bowsher and Duck (.50). |
| 02/10/10 | J. Duck | .60 | Review revisions to Third Amended Disclosure Statement (.40); review draft of Plan (.20). |
| 02/10/10 | D. Bowsher | 5.20 | Review and revise disclosure statement (1.50); review and revise plan summary (.70); review and revise credit agreements (3.0) |
| 02/10/10 | S. Cheatham | .30 | Receive and review 2nd Notice of Change in UCC Membership. |
| 02/10/10 | J. Courcelle | 2.50 | Further prepare the debtors' Procedures Motion. |
| 02/10/10 | L. Hedrick | 6.30 | Continue revising and editing Disclosure Statement and incorporating provisions of latest draft of Plan (4.50); review comments regarding Plan Summary and revise and edit same (.80); review, revise and edit procedures motion (1.0). |
| 02/11/10 | L. Hedrick | 5.30 | Continue updating Disclosure Statement to conform to latest version of Plan, and revisions to Disclosure Statement, reviewing, compiling and updating exhibits for Plan and Disclosure Statement, finalize Disclosure Statement and exhibits and prepare to file Plan and Disclosure Statement (5.0); review Notices of Transfer of Macquarie claims to Wayzata (.30). |
| 02/11/10 | J. Courcelle | 3.00 | Prepare Supplement to the Third Motion for Further Extension of Exclusivity. |
| 02/11/10 | J. Courcelle | .30 | Prepare draft of Joinder of Plan Proponents. |

| | | | |
|---|---|---|---|
| 02/11/10 | J. Courcelle | 5.20 | Assist in preparation and revisions to the Third Amended Plan and Third Amended Disclosure Statement and finalize same for filing. |
| 02/11/10 | D. Bowsher | 4.60 | Review and revise credit agreements (2.30); review and revise plan (2.30) |
| 02/11/10 | L. Vanderpoel | 10.70 | Assist with preparations for filing of 3rd Amended Plan and Disclosure Statement. |
| 02/11/10 | L. Vanderpoel | 2.50 | Mark exhibits for identification with 3rd Amended Plan and Disclosure Statement(1.0); prepare 3rd Amended Plan and 3rd Amended Disclosure Statement for filing(1.0); file 3rd Amended Plan and 3rd Amended Disclosure Statement(.50). |
| 02/11/10 | J. Duck | 6.40 | Prepare for and attend conference call to discuss Plan revisions with UCC, certain lien claimants and MBL (1.0); work on Plan and Disclosure Statement revisions (2.50); review memo regarding Plan issues (.10); review jurisprudence regarding Disclosure Statement issue (.30); review Disclosure Statement revisions (2.50). |
| 02/11/10 | S. Cheatham | .20 | Review Notices of Transfer of Claim by Macquarie. |
| 02/11/10 | J. Lee | .30 | Review materials on transfer of Macq claim to Wayzata (.10); read/comment on procedures motion (.20) |
| 02/12/10 | V. White | .30 | Correspondence w/ John Duck and Brian Daigle re: execution of Amendment and settlement agreement. |
| 02/12/10 | V. White | 3.10 | Draft motion for order authorizing debtors to enter into hedging contracts (2.70); conf. w/ Lisa Hedrick re: same (.40). |
| 02/12/10 | D. Bowsher | .60 | Review and analyze credit agreement (.10); review and analyze plan (.30); review and analyze disclosure statement (.20). |
| 02/12/10 | W. Lawler | .70 | Analysis of SEC filings to determine availability of vacant director's seat in preparation for drafting voting agreement. |

| | | | |
|---|---|---|---|
| 02/12/10 | S. Cheatham | 2.30 | Review 11th Interim Cash Collateral Order (.30); review Notice to Vacate January 29, 2010 Minute Entry Order (.40); review Motion to Expedite Motion to Vacate Minute Entry Order (.20); begin preparation of Opposition to Motion to Expedite (1.4). |
| 02/12/10 | J. Lee | .80 | Review Wayzata motion to vacate minute entry on exclusivitity and related pleadings (.30); reading numerous working group and follow up emails on same and response points and arguments (.40); review latest cash collateral order (.10) |
| 02/12/10 | J. Duck | 1.60 | Review Motions filed by Wayzata regarding exclusivity (.50); draft initial response to Wayzata Motion (.80); review filings in Saratoga (.30). |
| 02/12/10 | J. Courcelle | .10 | Review Wayzata's Emergency Motion to Vacate Minute Entry. |
| 02/12/10 | L. Hedrick | 3.00 | Review and analyze Wayzata's emergency motion to vacate minute entry extending exclusivity and motion to expedite hearing on same (1.0); analyze / compare provisions of Second Amended Plan to Third Amended Plan and draft motion to approve immaterial modifications to plan (2.0). |
| 02/13/10 | J. Lee | .60 | Read several strategy emails from co-counsel regarding response points on Wayzata's motion to vacate, and prepare response email to group re additional strategy and argument points for the motion (.60). |
| 02/15/10 | S. Cheatham | 4.70 | Finish preparation of Opposition to Motion to Expedite Hearing on Motion to Vacate (1.60); revise Opposition to Motion to Expedite per Mr. Duck, Mr. Goodwine and Mr. Hedrick's changes (.80); review and review Procedures Motion (1.40); preparation of amended ballots for classes 8-10 and revise ballot instructions (.90). |
| 02/15/10 | D. Bowsher | 4.00 | Review and revise credit agreements. |
| 02/15/10 | J. Duck | 1.00 | Review Emergency Motion by Wayzata (.20); begin reviewing and revising Debtors' Opposition (.80). |

| 02/15/10 | L. Hedrick | 7.40 | Draft inserts for opposition to Wayzata's motion for expedited hearing (.40); continue drafting motion to approve immaterial modifications contained in 3rd Amended Plan (3.00); review, revise and edit procedures motion and solicitation package materials (1.8); review, revise and edit opposition to Wayzata's motion to expedite (.40); review Debtor's weekly financials (.30); draft alternative in procedures motion for expedited Disclosure Statement and Plan hearing process and combine procedure motion with motion to deem modifications immaterial (1.5). |
|---|---|---|---|
| 02/15/10 | V. Owens | .20 | Electronically submit the Amended Eleventh Cash Collateral Order. |
| 02/16/10 | V. Owens | .50 | Electronically file the Memorandum in Opposition to the Motion to Expedite the Motion to Vacate. |
| 02/16/10 | D. Bowsher | 3.30 | Review and revise credit agreements. |
| 02/16/10 | W. Lawler | 3.60 | Work on Voting Agreement. |
| 02/17/10 | W. Lawler | 1.90 | Revise Voting Agreement. |
| 02/17/10 | S. Cheatham | 6.80 | Preparation of Opposition to Motion to Vacate (3.40); review revised Procedures Motion (.60); review recording of Confirmation Hearing (.50); revise ballot and ballot instructions per Ms. Hedrick's changes (1.50); review Notice of Non-Voting Status (.30); revise exhibits to Motion to Compromise (.50). |
| 02/17/10 | D. Bowsher | 5.30 | Review and revise Form 8-K regarding revised plan (1.80); review and revise voting agreement (.50); review and revise credit agreements (1.20); review and revise plan summary (1.80) |
| 02/17/10 | J. Duck | 1.80 | Review 8-k revisions made by Mr. Hebert and Mr. Bowsher (.20); review and revise procedures motion (.50); review Notices and draft Orders to Approve Procedures (.50); review and revise Opposition to Motion to Vacate (.50); review draft ballots (.10). |

| 02/17/10 | J. Courcelle | 8.90 | Prepare exhibits to the Debtors' Procedures Motion including preparation of Notice of Hearing for requested relief and Order re same; prepare Notice of Hearing and Order for first alternative relief; prepare Notice of Hearing and order for second alternative relief (3.80); revise and edit Summary of Third Amended Plan (.30); revise and edit Procedures Motion as per Mr. Duck's and Mr. Cheatham's revisions (.80); further prepare Procedures Motion (3.50); further prepare Notification of Non-Voting Status (.50). |
|---|---|---|---|
| 02/17/10 | J. Courcelle | .30 | Revise and edit ballots. |
| 02/17/10 | V. Owens | 1.80 | Preparation of the Amended Certificate of Service on the Debtors' Memorandum in Opposition to the Motion to Expedite(.30); scan and convert to proper format(.20); electronically file the Amended Certificate of Service on the Debtors' Memorandum in Opposition to the Motion to Expedite(.30); scan and convert to proper format and electronically file the Motion of the Debtors for Entry of an Order Approving Immaterial Modifications Contained in the Third Amended Plan of Reorganization, Setting Deadline to Change Votes and Setting Confirmation Hearing; or Alternatively, (I) Preliminarily Approving the Disclosure Statement and Consolidating the Hearing on Approval of the Disclosure Statement and Confirmation of the Plan; (II) Approving the Disclosure Statement and Confirmation Hearing Notice, the Contents of the Solicitation Package, and the Manner of Mailing and Service of the Solicitation Package and Disclosure Statement and Confirmation Hearing Notice; (III) Approving the Procedures for Voting and Tabulation of Ballots: (IV) Approving the Forms of Ballots; and (V) Approving the Procedures for Allowing Claims for Voting Purposes Only; or in the Further, Alternative, Shortening Notice of the Hearing and Objection Deadline on the Third Amended Disclosure Statetment and Shortening Notice of the Hearing and Objection Deadline on the Third Amended Plan of Reorganization (1.0). |

| 02/17/10 | L. Hedrick | 4.20 | Revise and edit motion to approve immaterial modifications to plan, or alternatively for joint hearing on Plan and Disclosure Statement and to approve solicitation packages and voting procedures, or alternatively, to shorten notice on Disclosure Statement and Plan hearings and for expedited procedures notices for each alternative, orders for each alternative, solicitation packages, ballots plan summary and exhibits and prepare to file same. |
|---|---|---|---|
| 02/17/10 | R. Cheatham | 2.30 | Telephone conversation with Ben Kadden re exclusivity motion (.10); receipt and review of procedures motion draft and revisions to same (.90); review of draft of plan summary changes (.70); preparation of email correspondence to client re solicitation issues (.20); telephone conference with client re same (.30); telephone conference with PJ Goodwine and John Duck re procedures motions (.30). |
| 02/18/10 | R. Cheatham | 1.80 | Review of revised draft of oppositions to motion to vacate minute entry re exclusivity (.60); review of Wayzata adequate protection motion (.70); telephone conference re same (.50). |
| 02/18/10 | L. Hedrick | 1.50 | Review, revise and edit draft of opposition to Motion to Vacate and prepare to file same (.50); review and analyze Wayzata's emergency motion for adequate protection (.50); review pleadings filed by Equity Committee and UCC (.50). |
| 02/18/10 | V. Owens | .50 | Preparation and formatting of the Opposition to Motion to Vacate for filing. |
| 02/18/10 | J. Courcelle | .10 | Review the Unsecured Creditors Committee's Position on Exclusivity (.10). |
| 02/18/10 | J. Courcelle | .10 | Review Notice of Corrected Transfer of Claims. |

| 02/18/10 | S. Cheatham | 6.70 | Review Objection to Third Motion to Extend Exclusivity and cases cited therein (1.50); review Emergency Motion for Adequate Protection cases and law cited therein (1.80); revise Objection to Motion to Vacate per Mr. Robin Cheatham and Mr. Duck's changes (1.50); review Opposition to Motion to Vacate by Equity Committee (.50); review revised Procedures Motion (.70); review Statement by UCC regarding exclusivity (.20); review revised Notices of Transfer of Claims by Wayzata (.50). |
|---|---|---|---|
| 02/18/10 | D. Bowsher | 4.10 | Review and revise credit agreements (2.0); draft plan treatment summary (.50); review and analyze adequate protection motion (1.0); review and analyze exclusivity pleadings (.50); review and analyze solicitation motion (.10) |
| 02/18/10 | W. Lawler | 2.50 | Revise Voting Agreement. |
| 02/18/10 | J. Duck | .80 | Finalize revisions to Opposition to Motion to Vacate (.10); review Wayzata pleadings (.50); review UCC Memorandum in Support of Debtors Request for Extension of Exclusivity (.20). |
| 02/18/10 | L. Vanderpoel | .90 | Receipt and review of Debtors' Memo in Opposition to Emergency Motion to Vacate, or for Relief from Minute Entry and Order Entered January 29, 2010(.30); prepare Memo for filing and service(.30); file Memo in Opposition(.30). |
| 02/19/10 | D. Bowsher | 2.30 | Review and analyze solicitation procedures motion (.20); review and analyze exclusivity pleadings (.10); review and revise voting agreement (.50); review and revise plan (.50); review and revise credit agreements (1.0) |
| 02/19/10 | W. Lawler | 2.20 | Revise Voting Agreement. |
| 02/19/10 | L. Vanderpoel | .90 | Assist with revisions to Motion to Approve Compromise and Settlement with Xplor Energy |
| 02/19/10 | L. Vanderpoel | .80 | Mark exhibits for identification with Motion to Approve Compromise and Settlement Between the Harvest Group and Xplor Energy(.30); prepare Motion to Approve, Motion for Expedited Hearing and related pleadings for filing and service(.40); file Motions(.10)3. |

| 02/19/10 | J. Lee | .40 | Review motion on compromise re Explore settlement, and email advice to Duck on same (.20); review pleadings on exclusivity (.20) |
|---|---|---|---|
| 02/19/10 | J. Duck | 1.40 | Work on completion of Xplor Settlement, including final review and revision to pleadings to approve same (.50); review draft timeline by Ms. White and revisions to same (.20); review pleadings filed by UCC and Lienholders joining in Debtors position (.30); review 1111(b) elections by Baker Hughes (.20); review draft Motion for use of Cash Collateral (.20). |
| 02/19/10 | V. White | 2.80 | Attention to finalization and filing of Settlement Agreement and Motions to Approve and Expedite same (1.20); revise motions re: same (.30); correspondence w/ Brian Daigle and John Duck re: same (.40); emails to Ben Schupp and Brad Axelrod re: same (.20); email to Brian Daigle re: timeline of deadlines in Settlement Agreement for replacement of Vessel et al. and review of documents re: same (.70). |
| 02/19/10 | S. Cheatham | .80 | Review joiners by lien claimants to Debtor's 3rd Exclusivity Motion and UCC position statement (.30); review 1111(b) elections by Baker Hughes entities (.20); review Motion to Approve Settlement with Xplor and Motion to Expedite (.30). |
| 02/19/10 | J. Courcelle | .20 | Review Joinder in the Debtor's Third Motion for Extension of Exclusive Period (.10); review Joinder of Lien Claimants to UCC Position by Lien Claimant (.10). |
| 02/19/10 | L. Hedrick | 5.70 | Analyze issues re response to Wayzata's objection on exclusivity and feasibility and prepare outline of response points for memorandum (2.0); draft response to Wayzata's objection to further extension of exclusivity (1.0); draft Motion to Use Cash Collateral to pay creditors effective date payments (2.70). |
| 02/21/10 | J. Lee | .20 | More review of Explor agreement and emails with Duck re same. |
| 02/22/10 | S. Cheatham | .50 | Review Monthly Operating Report (.30) and 11th Interim Cash Collateral Order (.20). |
| 02/22/10 | J. Lee | .30 | Review of latest operating report and CC budget. |

| | | | |
|---|---|---|---|
| 02/22/10 | L. Hedrick | 1.00 | Analyze issues re Wayzata's objection to extension of exclusivity and motion for adequate protection. |
| 02/22/10 | L. Hedrick | 2.20 | Review Monthly Operating Report and prepare to file same (.40); review Wayzata's motion for adequate protection (.50); review Debtor's weekly reports (.30); draft outline of response points to Wayzata's objection (1.0). |
| 02/22/10 | D. Bowsher | 5.10 | Review and revise voting agreement (.70); review and revise credit agreements (4.40). |
| 02/22/10 | L. Vanderpoel | .60 | Receipt and review of Certified Mail - Return Receipt forwarded by U.S. Post Office confirming service of Summons and Complaint upon Brian Albrecht(.10); execute Certificate of Service and prepare same for filing(.20); file Certificate of Service(.30). |
| 02/22/10 | W. Lawler | .90 | Revise Voting Agreement. |
| 02/22/10 | L. Vanderpoel | .80 | Prepare Monthly Operating Report for January 2010 for filing with court(.60); file Monthly Operating Report(.20). |
| 02/22/10 | J. Duck | .70 | Review financial report and cash to actual budget reconciliation (.20); study Wayzata Motion for Adequate Protection and Objection to Extension of Exclusive Period (.50). |
| 02/23/10 | D. Bowsher | 6.00 | Review and revise credit agreements. |
| 02/23/10 | L. Vanderpoel | 1.20 | Receipt and review of Certified Mail - Return Receipts forwarded by the U.S. Postal Service confirming service of Summons and Complaint upon Barry Salsbury, Monica Greer and Willie Powell, execute Certificates of Service for each defendant and prepare same for filing(.60); file Certificates of Service(.60). |
| 02/23/10 | J. Duck | 1.00 | Draft Affidavit in Support of Motion to Extend Exclusivity (.60); revise same (.30); review Minute Entry (.10). |
| 02/23/10 | S. Cheatham | .20 | Review Minute Entry Orders regarding Plan issues (.20). |

| | | | |
|---|---|---|---|
| 02/23/10 | L. Hedrick | 4.00 | Review numerous pleadings filed by parties on exclusivity and feasibility (1.20); draft reply brief in response to Wayzata's objection to motion to further extend exclusivity (2.50); review Wayzata's objection to motion to assume Houston office lease (.30). |
| 02/24/10 | J. Duck | 2.60 | Numerous email correspondence regarding revisions to Motion for Joinder and Memorandum regarding Exclusivity (1.0); revise Joinder Motion (.50); revise Motion and Joinder in Wayzata Motion to use Cash Collateral (1.0); review pleadings (.10). |
| 02/24/10 | L. Hedrick | 5.70 | Further review and analysis of Wayzata's objection to extension of exclusivity and motion for adequate protection re feasibility issues (1.0); review Wayzata's Joint Motion with Axxis Drilling and the UCC for adequate protection (.30); continue drafting brief regarding exclusivity and feasibility (4.0); review draft of joinder and response in Wayzata's motion to pay creditors (.40). |
| 02/24/10 | S. Cheatham | 1.80 | Review Objection of Wayzata to Motion to Assume San Voss Lease (.40); review Joint Motion by Wayzata, the UCC and Axxis for Authorization of Debtors to Pay Certain Claims as Adequate Protection and cases cited therein (1.20); review Motion to Expedite Hearing on Joint Motion by Wayzata, the UCC and Axxis for Authorization of Debtors to Pay Certain Claims as Adequate Protection (.20). |
| 02/24/10 | J. Courcelle | .20 | Review Wayzata's Motion Directing the Debtor's to Pay Certain Allowed Claims as Adequate Protection. |
| 02/24/10 | J. Lee | .20 | Reading Wayzata's motion re paying creditors as adequate protection (.20) |
| 02/24/10 | D. Bowsher | 6.60 | Review and analyze accelerated payment motion (.20); review and revise credit agreements (3.40); draft limited joinder and response to accelerated payment motion (3.0) |
| 02/24/10 | L. Vanderpoel | .50 | Draft motion to expedite hearing re: Motion to Assume San Voss lease and order granting same. |

| 02/25/10 | D. Bowsher | 6.70 | Review and revise limited joinder and response to accelerated payment motion (2.60); review and revise plan (.30); review and analyze Cross affidavit (.30); review and revise response to objection to extension of exclusivity (3.50). |
| 02/25/10 | L. Vanderpoel | 1.80 | Assist with preparations for filing Joint Response to Wayzata Objection to Third Extension of Exclusivity Period(.40); mark exhibits for identification with Joint Response(.50); prepare Joint Response and exhibits for filing and service(.40); file Joint Response and serve as required(.50). |
| 02/25/10 | R. Cheatham | 2.20 | Review of draft of Joinder and Response to Motion for Adequate Protection (.30); review of draft of response to Opposition to Motion to extend Exclusivity (1.0): conference with PJ Goodwine and Doug Draper re same (.90). |
| 02/25/10 | J. Duck | 1.40 | Review and revise memo regarding exclusivity. |
| 02/25/10 | J. Courcelle | .50 | Prepare section of Response re consideration of creditor's good faith in purchasing claims. |
| 02/25/10 | L. Hedrick | 5.20 | Continue drafting brief on exclusivity and feasibility (1.50); review, analyze and incorporate revisions to brief received from multiple counsel (2.0); review affidavit of Ms. Cross and charts prepared by Grant Thornton and incorporate same into brief (1.0); prepare brief for filing (.20); review revised drafts of response and joinder in Wayzata's motion to pay creditors (.50). |
| 02/26/10 | J. Courcelle | .10 | Review Limited Joinder and Response. |
| 02/26/10 | J. Duck | .50 | Continued work on pleadings and Affidavits for Hearing. |
| 02/26/10 | L. Hedrick | .20 | Review Joinder of Certain Lien Claimants in Debtors' Joint Response to Wayzata's objection to extension of exclusivity (.10); review order expediting hearing (.10). |
| 02/26/10 | R. Cheatham | .50 | Preparation of revisions to Joinder and Response to Motion for Adequate Protection. |
| 02/26/10 | J. Lee | .20 | Reading pleadings on Wayzata motion. |

| 02/26/10 | S. Cheatham | 1.60 | Review Reply to Objection to 3rd Motion on Exclusivity (1.30); review Limited Joinder of Debtors to Joint Motion for Authority to Pay Certain Claims (.20); review Order Granting ExParte Motion to Expedite Joint Motion for Authority to Pay Certain Claims (.10). |
|---|---|---|---|
| 02/26/10 | L. Vanderpoel | 1.40 | Receipt and review of Limited Joinder and Response to Wayzata Motion Directing Debtors to pay certain claims as form of adequate protection(.20); revise Limited Joinder and prepare same for filing and service(.90); file Limited Joinder and serve same as required(.30). |
| 02/27/10 | J. Duck | .60 | Review Lease (.50); review Objection of Wayzata to Lease Assumption (.10). |
| | **Totals** | **312.60** | |

**10      Assistance with and review of Statements and Schedules, Monthly Operating Reports and Debtors' Financial Reporting Obligations under the Cash Collateral Order.**

| 02/19/10 | L. Vanderpoel | 1.80 | Research court record and draft of narrative for January 2010 Monthly Operating Report. |
|---|---|---|---|
| | **Totals** | **1.80** | |

**11      General administrative, file and business operations, including document organization and file management, deposition summaries, service list maintenance, etc.**

| 02/01/10 | J. Duck | .70 | Review draft audit response correspondence (.10); complete draft report to Management (.40); review revised Settlement Agreement (.20). |
|---|---|---|---|
| 02/01/10 | L. Vanderpoel | .40 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court (.20); download pertinent documents (.20). |
| 02/01/10 | L. Vanderpoel | .30 | Research file re: information requested by Ms. Hedrick. |
| 02/01/10 | L. Vanderpoel | 1.00 | Research file for information requested by Mr. Duck. |
| 02/01/10 | L. Vanderpoel | .20 | Confer with Ms. Hedrick re: fee issue of Professional Oil & Gas. |

| | | | |
|---|---|---|---|
| 02/01/10 | L. Vanderpoel | 1.20 | Document review, organization and maintenance. |
| 02/02/10 | L. Vanderpoel | .50 | Confer with Mr. Duck re: Xplor motion to compromise and related documents (.30); provide Mr. Duck and Ms. White with requested documents (.20). |
| 02/02/10 | L. Vanderpoel | .60 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court (.20); download pertinent documents(.20); forward documents to counsel for review(.20). |
| 02/02/10 | L. Vanderpoel | 1.50 | Document review, organization and maintenance. |
| 02/02/10 | J. Duck | .30 | Review revisions to Audit Response Letter (.10); review Wayzata reservation of rights (.20). |
| 02/03/10 | L. Vanderpoel | .90 | Document review, organization and maintenance. |
| 02/03/10 | L. Vanderpoel | .20 | Confer with Mr. Cheatham re: service of ballots upon trade creditors and lien holders (.10); research file and provide Mr. Cheatham with requested info (.10). |
| 02/03/10 | L. Vanderpoel | .10 | Confer with Ms. Hedrick re: amended disclosure statement; research file and provide Ms. Hedrick with requested info. |
| 02/04/10 | J. Duck | .50 | Work on Audit Response Letter (.30); review draft correspondence to counsel for Wayzata (.10); review Mr. Lee analysis on litigation issues (.10). |
| 02/04/10 | V. Owens | .90 | Review of docket sheet for docket numbers to place the referenced docket numbers in the motion for debtors. |
| 02/04/10 | R. Wollfarth | .50 | Review of audit response. |
| 02/05/10 | J. Duck | .30 | Review correspondence to Lenders (.10); complete revisions to Audit Response Letter (.20). |
| 02/05/10 | L. Vanderpoel | .60 | Research file and provide Mr. Duck with requested info. |
| 02/05/10 | L. Vanderpoel | .90 | Document review, organization and maintenance. |

| 02/05/10 | L. Vanderpoel | .40 | Research file and provide requested information re: claims. |
| 02/05/10 | L. Vanderpoel | .20 | Confer with Ms. Hedrick re: San Voss lease (.10); research file and provide Ms. Hedrick with info re: San Voss lease (.10). |
| 02/08/10 | L. Vanderpoel | .30 | Research court record for documents requested by Ms. Courcelle. |
| 02/08/10 | L. Vanderpoel | .30 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.10); download pertinent documents(.10); forward documents to counsel for review(.10). |
| 02/08/10 | L. Vanderpoel | 1.60 | Document review, organization and maintenance. |
| 02/09/10 | V. Owens | .30 | Format the Complaint and scan and convert to proper format the complaint and all exhibits. |
| 02/09/10 | L. Vanderpoel | 1.70 | Document review, organization and maintenance. |
| 02/09/10 | L. Vanderpoel | .60 | Research court record re: information requested by Ms. Hedrick(.50); advise Ms. Hedrick of findings(.10). |
| 02/10/10 | L. Vanderpoel | .40 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.10); download pertinent documents(.20); forward documents to counsel for review(.10). |
| 02/10/10 | L. Vanderpoel | 1.70 | Research court record re: documents and research requested by Ms. Hedrick(1.40); forward requested documents to Ms. Hedrick (.30). |
| 02/10/10 | L. Vanderpoel | .40 | Receipt and review of Original Complaint for Money Damages to Declaratory Judgment Regarding Obligation to Pay Royalties filed by Debtors against Barry Salsbury, et al. (.20); organize adversary file (.20). |
| 02/10/10 | L. Vanderpoel | 1.20 | Document review, organization and maintenance. |
| 02/11/10 | L. Vanderpoel | 2.60 | Document review, organization and maintenance. |

| | | | |
|---|---|---|---|
| 02/11/10 | L. Vanderpoel | .60 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.10); download pertinent documents(.20); forward documents to counsel for review(.10); calendar pertinent dates and deadlines(.20). |
| 02/12/10 | L. Vanderpoel | .70 | Prepare 3rd Amended Plan and 3rd Amended Disclosure Statement for service upon parties listed on Master Service List. |
| 02/12/10 | L. Vanderpoel | 2.40 | Organize plan and disclosure statement documents. |
| 02/12/10 | L. Vanderpoel | .40 | Receipt and review of email re: revisions to Joinder of Plan Proponents. |
| 02/12/10 | L. Vanderpoel | .40 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court; download pertinent documents; forward documents to counsel for review; calendar pertinent dates and deadlines. |
| 02/12/10 | L. Vanderpoel | 1.90 | Document review, organization and maintenance. |
| 02/13/10 | V. White | .20 | Correspondence w/ John Duck re: next steps. |
| 02/15/10 | V. White | .10 | Email to Brian Daigle re: finalized Settlement Agreement in Harvest v. Xplor. |
| 02/15/10 | V. Owens | .10 | Scan and convert the Amended Eleventh Order for Cash Collateral and exhibit to proper format. |

| | | | |
|---|---|---|---|
| 02/17/10 | V. Owens | 3.90 | Notice to all interested parties the Debtors' Meorandum in Opposition to the Motion to Expedite; Notice to all interested parties the Motion of the Debtors for Entry of an Order Approving Immaterial Modifications Contained in the Third Amended Plan of Reorganization, Setting Deadline to Change Votes and Setting Confirmation Hearing; or Alternatively, (I) Preliminarily Approving the Disclosure Statement and Consolidating the Hearing on Approval of the Disclosure Statement and Confirmation of the Plan; (II) Approving the Disclosure Statement and Confirmation Hearing Notice, the Contents of the Solicitation Package, and the Manner of Mailing and Service of the Solicitation Package and Disclosure Statement and Confirmation Hearing Notice; (III) Approving the Procedures for Voting and Tabulation of Ballots: (IV) Approving the Forms of Ballots; and (V) Approving the Procedures for Allowing Claims for Voting Purposes Only; or in the Further, Alternative, Shortening Notice of the Hearing and Objection Deadline on the Third Amended Disclosure Statement and Shortening Notice of the Hearing and Objection Deadline on the Third Amended Plan of Reorganization. |
| 02/17/10 | J. Duck | .20 | Draft report of conference with Mr. Vance. |
| 02/18/10 | L. Vanderpoel | 1.00 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.40); download pertinent documents(.40); forward documents to counsel for review(.20). |
| 02/18/10 | L. Vanderpoel | .10 | Document review, organization and maintenance. |
| 02/19/10 | L. Vanderpoel | .50 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.20); download pertinent documents(.20); forward documents to counsel for review(.10). |

| | | | |
|---|---|---|---|
| 02/19/10 | L. Vanderpoel | 1.40 | Receipt and review of Summons in Adversary Proceeding issued by clerk in Harvest v. Salsbury, et al adversary proceeding(.40); prepare documents for service upon all defendants(1.0). |
| 02/19/10 | L. Vanderpoel | 1.00 | Document review, organization and maintenance. |
| 02/22/10 | L. Vanderpoel | .40 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.10); download pertinent documents(.20); forward documents to counsel for review(.10). |
| 02/22/10 | L. Vanderpoel | 2.10 | Document review, organization and maintenance. |
| 02/22/10 | L. Vanderpoel | .30 | Update Master Service List pursuant to Notices of Appearance filed of record. |
| 02/23/10 | L. Vanderpoel | 2.50 | Document review, organization and maintenance. |
| 02/23/10 | L. Vanderpoel | .40 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.10); download pertinent documents(.10); forward documents to counsel for review(.10); calendar pertinent dates and deadlines(.10). |
| 02/24/10 | L. Vanderpoel | .90 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court; download pertinent documents; forward documents to counsel for review; calendar pertinent dates and deadlines. |
| 02/24/10 | L. Vanderpoel | .40 | Research file re: documents requested by Ms. Hedrick(.20); forward requested documents to Ms. Hedrick for review.(.20) |
| 02/24/10 | L. Vanderpoel | 1.70 | Document review, organization and maintenance. |
| 02/25/10 | L. Vanderpoel | .40 | Research file for info requested by Ms. Hedrick(.20); forward documents to Ms. Hedrick as requested(.20). |

| | | | |
|---|---|---|---|
| 02/25/10 | L. Vanderpoel | .30 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.10); download pertinent documents(.10); forward documents to counsel for review(.10). |
| 02/26/10 | L. Vanderpoel | 1.80 | Document review, organization and maintenance. |
| 02/26/10 | L. Vanderpoel | .70 | Receipt and review of electronic notices issued by clerk re: pleadings filed of record and orders entered by court(.20); download pertinent documents(.20); forward documents to counsel for review(.10); calendar pertinent dates and deadlines(.20). |
| | **Totals** | **50.10** | |

## 2   Review and/or draft of correspondence and emails.

| | | | |
|---|---|---|---|
| 02/01/10 | L. Hedrick | .30 | Review, revise and edit audit response letter (.20); review status report correspondence (.10). |
| 02/01/10 | L. Hedrick | .80 | Review email correspondence with counsel re Xplor settlement (.10); email correspondence with counsel re fee statement corrections requested by POGM (.30); email correspondences with Wayzata and Macquarie counsel re February cash collateral budget (.20); email correspondence to all counsel re weekly financials (.10); email correspondence with Macquarie counsel re cumulative reports (.10). |
| 02/01/10 | R. Cheatham | 1.30 | Receipt and review of multiple email correspondence from Gretchen McCord, counsel for Wise Well trustee (.50); preparation of multiple email correspondence to Gretchen McCord (.60); telephone conversation with Gretchen McCord re confirmation status (.20). |
| 02/01/10 | J. Lee | 1.50 | Pulling file materials regarding preparation of litigation case assessment (.3 ); conference with Mr. Stewart re: assignment on same (.30); conference with Ms. Anderson regarding review of choice of law and venue provisions, and assignment on analysis of same .40; call with expert regarding calculation of damages, theories on same, and range of potential loss .40; advice to co-counsel re same and case issues .10 |

| | | | |
|---|---|---|---|
| 02/01/10 | S. Cheatham | .30 | Email correspondence regarding BOD issues (.10); email correspondence regarding Wise Well issues (.20). |
| 02/01/10 | J. Duck | .50 | Email correspondence with Ms. Hedrick and Mr. Cheatham (.20); email correspondence with Ms. Courcelle regarding research needed (.10); email correspondence with Ms. Hedrick regarding CCB (.10); review Heath email correspondence regarding CCB and threat to seek adequate protection (.10). |
| 02/01/10 | D. Bowsher | .40 | Email regarding plan and credit agreement revisions. |
| 02/02/10 | J. Duck | 1.70 | Email correspondence with Mr. Daigle (.10); email correspondence with Ms. White (.10); email correspondence with Mr. Goodwine (.10); email correspondence with Mr. Bowsher (.10); email correspondence with staff regarding estimate (.30); draft email correspondence to Mr. Draper (.10); review email correspondence from Mr. Draper (.10); email correspondence with Mr. John Lee regarding memo (.20); review email correspondence from Ms. Hedrick regarding CCB (.40); email correspondence with Ms. Hedrick (.20). |
| 02/02/10 | D. Bowsher | .40 | Email regarding plan and credit agreement revisions |
| 02/02/10 | J. Lee | .80 | Case analysis and write up. |
| 02/02/10 | J. Courcelle | .30 | Email correspondence re plan research (.20); email correspondence re reservation of rights filed by Wayzata (.10). |
| 02/02/10 | R. Stewart | 5.90 | Email correspondence with John Lee and compile additional file materials needed for evaluation of claims (.30); review and analyze all potential causes of action which might be pursued elements of same under applicable law and evaluate limitations, damages, and other issues in connection with same under applicable statutes and case authorities (4.60); draft outline of comprehensive memorandum addressing relevant issues and components of same (1.00). |

| | | | |
|---|---|---|---|
| 02/02/10 | L. Hedrick | .50 | Email correspondence with counsel re cash collateral order and budget issues (.20); email correspondence with client re cash collateral budget and weekly financials (.10); email correspondence with counsel re Wayzata's reservation of rights (.20). |
| 02/03/10 | L. Hedrick | .80 | Email correspondence with counsel re response to adequate protection motion (.10) numerous email correspondence with Mr. Phillips re cash collateral budget and order (.30); email correspondence with Mr. Daigle re information for new Disclosure Statement (.20); email correspondence with Mr. Sanders re information for new Disclosure Statement (.20). |
| 02/03/10 | R. Stewart | 8.50 | Email correspondence with John Lee and review additional materials forwarded from case potentially affecting claims (.60); research statutes and case authorities regarding available causes of action and considerations associated with same and coordinate completion of related research with John Lee and Ashley Anderson (3.90); draft and revise comprehensive memorandum discussing potential claims and multiple litigation considerations in connection with same (4.00). |
| 02/03/10 | R. Cheatham | .10 | Receipt and review of email correspondence from Gretchen McCord re Wise Well turnover. |
| 02/03/10 | J. Courcelle | .10 | Email correspondence re Wayzata's Notice of Reservation of Rights. |
| 02/03/10 | J. Courcelle | .20 | Numerous email correspondence re revisions to the Disclosure Statement. |
| 02/03/10 | J. Lee | .80 | Working emails with Ms. Anderson to follow up on her research assignments (.20); conference with Mr. Stewart regarding progress in case analysis and follow up on same (.20); assemble and forward Mr. Stewart information needed for write up and analysis (.20) |
| 02/03/10 | S. Cheatham | .30 | Email correspondence regarding voting procedures order and service issues (.30). |
| 02/03/10 | D. Bowsher | .20 | Email regarding plan, disclosure statement, and credit agreement revisions |

| | | | |
|---|---|---|---|
| 02/03/10 | J. Duck | .60 | Email correspondence with Mr. Lee regarding summary and litigation issues (.30); email correspondence with Ms. White regarding Xplor issues (.20); review email correspondence with Mr. Daigle (.10). |
| 02/04/10 | D. Bowsher | .50 | Email regarding plan, disclosure statement, and credit agreement revisions (.40); email regarding audit letter (.10) |
| 02/04/10 | J. Duck | 1.80 | Email correspondence with Mr. Draper regarding Hedges (.10); email correspondence with Mr. Goodwine (.10); email correspondence with Mr. Hebert (.10); email correspondence with Ms. White (.10); email correspondence with Mr. Wollfarth (.20); email correspondence with Ms. White and Mr. Daigle regarding Xplor Settlement Agreement revisions by Xplor counsel (.50); email correspondence with Mr. Bowsher regarding revisions to Credit Agreements (.30); email correspondence with Mr. Goodwine (.20); email correspondence with Ms. Hedrick and Mr. Clifford regarding Disclosure Statement (.20). |
| 02/04/10 | J. Lee | .20 | Review/respond to advice on audit response issues. |
| 02/04/10 | J. Lee | 1.40 | Review of results of Ms. Anderson's research to date, and follow up advice on points to develop for litigation issues (.20); conference with Duck regarding status and problems with Macquarie and hedges (.20); research and reviewing cases on application of Section 560, and conferences with Ms. Anderson regarding follow up research into application of same to our facts (1.0) |
| 02/04/10 | R. Cheatham | .10 | Receipt and review of email correspondence form Gretchen McCord, counsel for Wise Well trustee re turnover (.10). |
| 02/04/10 | L. Hedrick | 1.20 | Email correspondence with Mr. Philips re cash collateral order (.20); numerous email correspondence with client and counsel re amendments to cash collateral budget, Disclosure Statement and Plan, hedge issues, litigation issues (.80); review correspondence to Wayzata counsel re buy out ad hedges (.20). |

| 02/05/10 | L. Hedrick | .90 | Email correspondence with counsel re assumption of Houston lease and extension re same (.30); email correspondence to Ms. Haselden re same (.20); email correspondence with client re revisions to cash collateral budget (.20); email correspondence to all counsel re same (.20). |
|---|---|---|---|
| 02/05/10 | R. Cheatham | .30 | Receipt and review of email correspondence from P.J. Goodwine re termination of hedges (.10); receipt and review of email correspondence from Gretchen McCord, counsel for Wise Well trustee re turnover order (.10); preparation of email correspondence to Gretchen McCord (.10). |
| 02/05/10 | J. Courcelle | .10 | Email correspondence re amended budget. |
| 02/05/10 | J. Lee | 1.00 | Preparation of revisions to position paper to client on litigation issues and claims. |
| 02/05/10 | J. Duck | 2.50 | Review email correspondence from Mr. Phillips (.20); review email correspondence from Ms. Nobles (.30); review memo regarding research on hedges (.20); revise same (.20); draft email correspondence to client and co-counsel (.10); email correspondence with Ms. Hedrick (.20); email correspondence with Mr. Cheatham regarding Motion to Assume (.10); numerous email correspondence with Mr. Goodwine (.30); numerous email correspondence with Ms. White and Mr. Lee (.50); review email correspondence regarding budget revision (.10); email correspondence regarding Xplor settlement (.30). |
| 02/05/10 | D. Bowsher | .30 | Email regarding plan and credit agreement revisions |
| 02/06/10 | D. Bowsher | 1.00 | Email regarding credit agreement revisions. |
| 02/06/10 | J. Lee | .20 | Emails and follow up with Mr. Duck regarding audit response and related issues, including reviewing draft of same (.20); emails to Duck re issues on plan redraft (.20). |
| 02/06/10 | J. Lee | 2.00 | Continue work on analysis of litigation issues and white paper on litigation claims (2.0) |

| 02/06/10 | J. Duck | 1.90 | Email correspondence with Mr. Lee regarding Audit Response Letter (.10); email correspondence with client regarding litigation summary (.40); email correspondence regarding Plan revisions (.10); email correspondence with Mr. Goodwine (.50); email correspondence with Mr. Bowsher (.50); email correspondence with Mr. Phillips (.30). |
|---|---|---|---|
| 02/06/10 | L. Hedrick | .20 | Email correspondence with counsel re audit response letter and email correspondence with Mr. Heath re cash collateral amendment. |
| 02/07/10 | J. Duck | 1.10 | Email correspondence with Mr. Lee regarding litigation summary (.50); email correspondence with Mr. Bowsher (.30); email correspondence with Mr. Goodwine ((.20)); email correspondence with Ms. Quinn regarding Plan (.10). |
| 02/07/10 | J. Lee | 2.70 | Continue review of and drafting litigation whitepaper on potential claims against Jefferies and Wayzata, with attention to damage issues and overall case assessment (2.5); emails on same issues and follow up on litigation considerations with Mr. Duck (.20) |
| 02/07/10 | D. Bowsher | .20 | Email regarding credit agreement revisions. |
| 02/08/10 | D. Bowsher | .30 | Email regarding plan revisions. |

| | | | |
|---|---|---|---|
| 02/08/10 | J. Duck | 5.00 | Email correspondence with paralegal (.10); review email correspondence from Mr. Lee (.10); email correspondence with Mr. Bowsher (.10); email correspondence with Ms. Anderson (.10); email correspondence with Mr. Bowsher and review modifications to Plan (.50); email correspondence with Mr. Goodwine regarding Plan (.10); email correspondence with Mr. Phillips and Mr. Goodwine regarding Plan (.90); email correspondence with Mr. Marshall (.30); email correspondence with paralegal (.80); email correspondence with Ms. White regarding Xplor Settlement (.50); email correspondence with Mr. Daigle and Mr. Schupp (.30); email correspondence with Ms. Courcelle regarding procedures motion (.20); email correspondence with Mr. Cooke (.20); email correspondence with Mr. Kadden (.10); email correspondence with Mr. Lee and Mr. Bowsher regarding Credit Agreement issues (.40); email correspondence regarding CCB and review same (.30). |
| 02/08/10 | J. Lee | 3.00 | Continue review on revising, redrafting and finanalizing litigation claims write up for client, and circulate same to co-counsel with advice. |
| 02/08/10 | J. Courcelle | .70 | Multiple email correspondence re procedures for solicitation and voting procedures (.50); email correspondence re hedging motion (.20). |
| 02/08/10 | R. Stewart | .90 | Email correspondence with John Lee and review and analyze final version of litigation write-up for claims and follow up on issues and potential next steps regarding same. |
| 02/08/10 | L. Hedrick | 1.50 | Numerous email correspondences with client and counsel re info for Disclosure Statement, Plan and Procedures Motion, hedging motion (1.0); review multiple email correspondence with Mr. Marshall re requests for information (.20); numerous email correspondence with counsel and client re amended cash collateral budget issues (.30). |

| 02/09/10 | L. Hedrick | 1.60 | Numerous email correspondence with client and counsel re issues re amended cash collateral budget and expedited request for approval of same and objections to same (.80); numerous email correspondence with counsel and client re Plan, Disclosure Statement, procedures motion (.60); email correspondence with client re lien creditors groups (.20). |
|---|---|---|---|
| 02/09/10 | J. Courcelle | .60 | Numerous email correspondence re comments to the Third Amended Plan (.20); numerous email correspondence re Third Amended Disclosure Statement (.20); numerous email correspondence re procedure for Disclosure Statement hearing and confirmation hearing (.20). |
| 02/09/10 | R. Cheatham | .30 | Preparation of email correspondence to David Bowsher re Jeffries re POC (.10); receipt and review of MBL notice of acceleration (.20). |
| 02/09/10 | V. Owens | .70 | Preparation of correspondence and check to Clerk of Court enclosing the Summons and send via federal express. |
| 02/09/10 | J. Duck | 7.00 | Email correspondence with paralegal regarding Harvest filings (.40); email correspondence with Mr. Bowsher and review of drafts of pleadings and drafts of Plan (3.5); email correspondence with Mr. Phillips (.10); email correspondence with Mr. Cooke and Mr. Clifford (.30); email correspondence with Ms. Hedrick regarding Plan revisions and Cash Collateral issues (.60); email correspondence with Mr. Goodwine (.70); email correspondence with Mr. Lee (.60); email correspondence with Ms. White and client regarding Xplor Settlement (.40); email correspondence with Mr. Draper's office and review revisions to Plan (.30); email correspondence with Mr. Draper's office regarding Wayzata claim (.10). |
| 02/09/10 | J. Lee | .40 | Reviewing emails and Macq notices, and follow up emails and advice to co-counsel re same. |
| 02/09/10 | S. Cheatham | .50 | Email correspondence regarding revised Plan of Reorganization. |

| 02/09/10 | D. Bowsher | 1.40 | Email regarding plan revisions (.50); email regarding financial projections (.20); email regarding credit agreement revisions (.70). |
|---|---|---|---|
| 02/10/10 | D. Bowsher | 1.00 | Email regarding financial projections (.30); email regarding plan summary (.10); email regarding credit agreement revisions (.60). |
| 02/10/10 | S. Cheatham | .80 | Email correspondence regarding Plan issues. |
| 02/10/10 | J. Duck | 7.10 | Email correspondence with Mr. Goodwine regarding various issues in Saratoga bankruptcy (2.30); email correspondence with Ms. Hedrick regarding numerous issues as well as revisions to Disclosure Statement (1.50); email correspondence with Mr. John Lee (.80); email correspondence with Mr. Bowsher regarding revisions to documents and Plan (1.20); email correspondence with Mr. Hebert (.10); email correspondence with Mr. Patrick (.10); email correspondence with Mr. Cheatham regarding research (.20); email correspondence with paralegal and review filings in Saratoga case (.20); email correspondence with Mr. Draper (.10); email correspondence with Mr. Clifford and review attachment forwarded (.20); email correspondence with Ms. White regarding research (.20); email correspondence with Mr. Draper's office regarding Plan (.20). |
| 02/10/10 | J. Lee | .60 | Emails with advice to Mr. Duck and co-counsel regarding Macq developments and plan issues, including read/reply to working group emails on same (.30); read/reply to numerous working group and co-counsel emails on plan, disclosure and solicitation issues (.30) |
| 02/10/10 | R. Cheatham | .10 | Receipt and review of email correspondence from PJ Goodwine re termination of hedges. |
| 02/10/10 | J. Courcelle | .10 | Email correspondence re Plan Summary and revisions to same. |
| 02/10/10 | J. Courcelle | .70 | Numerous email correspondence re plan issues, procedures for solicitation, procedures motion, procedure for Disclosure Statement and Confirmation hearing and research re plan issues. |

| | | | |
|---|---|---|---|
| 02/10/10 | L. Hedrick | 1.50 | Email correspondence with Mr. Calongne and client re adjusted billing issues (.30); email correspondence with client and counsel re professional fee information for inclusion in Disclosure Statement (.70); email correspondence with counsel re issues re Plan, Disclosure Statement, Plan Summary, procedures motion, research on solicitation (.50). |
| 02/11/10 | L. Hedrick | 1.40 | Numerous email correspondence with counsel and client re issues re Plan, Disclosure Statement and exhibits thereto, professional fee claims, solicitation issues, exhibits for SRI website, procedures motion issues (1.0); numerous email correspondence with Grant Thornton re Plan / DS exhibits (.40). |
| 02/11/10 | J. Courcelle | .80 | Numerous email correspondence re revisions to the Third Amended Plan and the Third Amended Disclosure Statement and the treatment of claims in the Plan. |
| 02/11/10 | J. Lee | .10 | Read status report/advice email from Duck (.10). |
| 02/11/10 | S. Cheatham | .40 | Email correspondence regarding Notices of Transfer of Claim by Macquarie. |
| 02/11/10 | D. Bowsher | 1.30 | Email regarding plan and credit agreement revisions (1.0); email regarding financial projections (.30) |
| 02/11/10 | J. Duck | 2.70 | Numerous email correspondence with Mr. Vance (.50); numerous email correspondence with Mr. Phillips (1.5); numerous email correspondence with Mr. Patrick (.50); email correspondence with Ms. White (.20). |
| 02/12/10 | S. Cheatham | 1.50 | Email correspondence regarding procedures, Motion to Vacate and Motion to Expedite Motion to Vacate. |
| 02/12/10 | D. Bowsher | .50 | Email regarding plan. |

| | | | |
|---|---|---|---|
| 02/12/10 | J. Duck | 4.30 | Draft email correspondence to Mr. Vance (.10); email correspondence regarding Wayzata Motions (.20); email correspondence with Ms. Hedrick (.10), Mr. Hebert (.20), Mr. Clifford (.20) and Mr. Daigle (.10) regarding CCB; email correspondence with Mr. Goodwine (.50); email with Mr. Bowsher and Mr. Goodwine (.20); email correspondence with Mr. Vance (.20); email correspondence with Mr. Moore (.20); email correspondence with Mr. Phillips regarding Plan issues (.10); email correspondence with Mr. Bowsher (.30); email correspondence with Ms. Hedrick regarding immaterial modifications and assist with draft of Procedures Motion (.50); email correspondence with Mr. Crawford (.10); email correspondence with Mr. Goodwine (.30); email correspondence with Mr. Clifford (.10); email correspondence with Ms. White (.30); review email correspondence and motion forwarded by Ms. Lauer (.30); email correspondence with Mr. Heath (.10); email correspondence with Ms. Hedrick and Mr. Goodwine (.20). |
| 02/12/10 | J. Courcelle | .20 | Email correspondence re Wayzata's Emergency Motion to Vacate. |
| 02/12/10 | J. Courcelle | .30 | Numerous email correspondence re procedures motion and research re plan issues. |
| 02/12/10 | L. Hedrick | 1.90 | Numerous email correspondence with counsel re Plan issues, procedures motion, motion to approve immaterial modification, amendment of schedules, cash collateral budget amendment and exclusivity (1.0); email correspondence with Messrs. Calongne, Clifford and Cooke re POGM's adjusted billing/fee request (.20); email correspondence with client re amendments to cash collateral order (.30); email correspondence with counsel re response to Wayzata's motion to vacate minute entry order (.40). |
| 02/13/10 | L. Hedrick | .30 | Numerous email correspondence with counsel re support for motion to deem modifications immaterial, strategy and motions / pleadings for filing. |

| 02/13/10 | J. Courcelle | .20 | Email correspondence re motions to be filed and plan issues to be considered (.20). |
| 02/13/10 | J. Duck | 1.80 | Draft memo regarding strategy for Confirmation and other issues (.50); email correspondence with Mr. Goodwine (.50); email correspondence with Ms. Hedrick (.10); email correspondence with Mr. Cheatham (.10), Mr. Cooke (.30) and Mr. Moore (.20) regarding valuation issues; email correspondence with Ms. White (.10). |
| 02/14/10 | J. Duck | .50 | Email correspondence with Mr. Scott Cheatham (.10); email correspondence with Mr. John Lee (.40). |
| 02/14/10 | J. Lee | .40 | Status emails and follow up with Mr. Duck (.10); email advice to co-counsel regarding issues relating to new hedging agreements (.30). |
| 02/15/10 | J. Duck | 3.10 | Email correspondence with Mr. Goodwine and Mr. Cheatham (.20); review email correspondence from Mr. Clifford (.10); draft reply email correspondence to Mr. Clifford (.10); review email correspondence regarding Xplor Settlement (.20); email correspondence with paralegals (.20); email correspondence with Mr. Goodwine (.60); email correspondence with Mr. Phillips (.40); email correspondence with Mr. Moore (.30); draft report to Mr. Cooke (.20); numerous email correspondence with Mr. Scott Cheatham (.60); email correspondence with Mr. Clifford (.20). |
| 02/15/10 | D. Bowsher | .50 | Email regarding disclosure statement and confirmation hearings (.20); email regarding pleadings (.10); email regarding voting agreemen(.20). |
| 02/15/10 | S. Cheatham | 1.90 | Email and other correspondence regarding Motion to Vacate and Procedures Motion. |
| 02/15/10 | J. Courcelle | .20 | Email correspondence re procedures for solicitation (.10); email correspondence re Motion to Vacate filed by Wayzata (.10). |
| 02/15/10 | J. Lee | .20 | Status and follow up emails to co-counsel on exclusivity issues (.10); emails to co-counsel re committee issues (.10). |

| 02/15/10 | L. Hedrick | 1.20 | Email correspondence with Mr. Calongne re billing issues (.10); email correspondence to Messrs. Cooke and Clifford re same (.10); email correspondence with client and counsel re amended cash collateral budget and order issues (.30); email correspondence to all counsel re weekly financials (.10); email correspondence with Grant Thornton re stock value (.30); email correspondence with counsel re procedures motion (.40). |
|---|---|---|---|
| 02/16/10 | L. Hedrick | .20 | Email correspondence with counsel re filing of opposition to Wayzata's motion. |
| 02/16/10 | J. Duck | .60 | Email correspondence with Mr. Goodwine (.30); email correspondence regarding opposition memo (.30). |
| 02/16/10 | D. Bowsher | .50 | Email regarding exclusivity motions. |
| 02/17/10 | D. Bowsher | .50 | Email regarding Form 8-K regarding revised plan (.20); email regarding exclusivity motions (.10); email regarding solicitation procedures motion (.10); email regarding plan summary (.10) |
| 02/17/10 | S. Cheatham | 1.30 | Email and other correspondence regarding Plan, Procedures Motion and Motion to Vacate (.90); email correspondence regarding ballot issues (.40). |

| 02/17/10 | J. Duck | 1.60 | Review email correspondence from Mr. Phillips (.10); email correspondence with Mr. Kadden (.20); draft email correspondence to Mr. Phillips (.10); review email correspondence from Mr. Phillips (.10); draft email correspondence regarding response to Wayzata Motion on Exclusivity (.10); draft email correspondence regarding discussion with Mr. Burmaster (.10); email correspondence with Mr. Goodwine (.10); email correspondence with Mr. Cooke (.10); email correspondence with Mr. Bowsher (.10); draft email correspondence to Mr. Goodwine and Mr. Cheatham regarding procedures motion (.10); review email correspondence from Ms. Courcelle regarding ballots (.10); email correspondence with Ms. Hedrick regarding form of ballots (.10); email revisions to Mr. Goodwine (.10); email correspondence with Mr. Marquer (.20). |
| 02/17/10 | L. Hedrick | 1.20 | Numerous email correspondence with counsel re procedures motion, exclusivity issues and support of creditors, Debtors' 8k, ballots, orders, notices and exhibits to procedures motion, plan summary, response to Wayzata's motion to vacate. |
| 02/17/10 | J. Courcelle | 1.00 | Numerous email correspondence re Procedures Motion, revisions to same, exhibits, Plan Summary, solicitation issues, and hearing on the Motion and ballots. |
| 02/18/10 | V. Owens | .30 | Receipt and review of multiple emails from Mr. Robin Cheatham, Mr. Duck, Mr. Scott Cheatham and Mr. Goodwine regarding the filing of the Opposition to the Motion to Vacate. |
| 02/18/10 | S. Cheatham | 1.00 | Email correspondence with multiple parties regarding Motion to Vacate (.70); email correspondence regarding Procedures Motion (.30). |

| | | | |
|---|---|---|---|
| 02/18/10 | R. Cheatham | .50 | Receipt and review of email correspondence from Ben Kadden re XChem's status conference (.20); receipt and review of email correspondence from court re XChem status (.10); receipt and review of email correspondence re agenda items for status conference (.20). |
| 02/18/10 | L. Hedrick | .80 | Numerous email correspondence with counsel re opposition to motion to vacate, pleadings filed by creditor constituents, Form 8k. |
| 02/18/10 | D. Bowsher | .40 | Email regarding plan and credit agreement revisions (.30); email regarding adequate protection motion (.10) |
| 02/18/10 | J. Duck | 1.20 | Email correspondence with Ms. Hedrick, Mr. Cheatham and Mr. Goodwine (.30); email correspondence with Mr. Kadden (.60); email correspondence with Mr. Crawford (.30). |
| 02/19/10 | D. Bowsher | .10 | Email regarding plan revisions. |
| 02/19/10 | J. Duck | 1.80 | Email correspondence with Mr. Schupp (.40), Mr. Daigle (.20) and Ms. White (1.0) regarding completion of Settlement Hearing dates, approval of pleadings and timeline; review email correspondence from Ms. Hedrick regarding use of Cash Collateral (.20). |
| 02/19/10 | L. Hedrick | .60 | Numerous email correspondence with counsel re creditors' joinders in exclusivity extension, and motion to use cash collateral. |
| 02/21/10 | J. Duck | .30 | Email correspondence with Mr. Goodwine (.10); draft email correspondence to Mr. Goodwine and Mr. Cheatham regarding Plan options (.10); review email correspondence from Mr. Draper (.10). |
| 02/22/10 | J. Duck | .50 | Draft email correspondence to Mr. Moore and Mr. Stagoski (.20); email correspondence with Mr. Patrick (.10); email correspondence with Mr. Clifford (.10) and Mr. John Lee (.10). |

| | | | |
|---|---|---|---|
| 02/22/10 | L. Hedrick | .50 | Email correspondence with client re monthly operating report and weekly financial reports (.20); email correspondence to all counsel re Debtors' weekly financial reports (.10); review email correspondence with counsel re hearing on exclusivity and memo re same (.20). |
| 02/23/10 | J. Duck | 1.10 | Draft email correspondence to Mr. Cheatham, Ms. Hedrick and Mr. Goodwine (.10); email correspondence with Mr. Draper (.10); email correspondence with Mr. Patrick (.10); email correspondence with Ms. Hedrick (.10); email correspondence with Mr. Lee (.20); email correspondence regarding GHS Affidavit (.50). |
| 02/23/10 | J. Lee | .30 | Compose strategy emails to co-counsel and client re latest strategy (.30). |
| 02/23/10 | L. Hedrick | .80 | Numerous email correspondence with counsel re issues re brief on exclusivity and feasibility (.40); email correspondence with Mr. Calongne and client re issues re fee application and adjustments (.20); email correspondence with client re Houston office lease (.20). |
| 02/23/10 | D. Bowsher | .10 | Email regarding pleadings. |
| 02/23/10 | L. Vanderpoel | .40 | Draft email to Mr. Hebert re: payments to royalty interest owner. |
| 02/24/10 | L. Hedrick | 1.20 | Numerous email correspondence with counsel re status and filings (1.0); email correspondence with client re same (.20). |
| 02/24/10 | J. Duck | 1.10 | Numerous email correspondence with Mr. Goodwine (.50); draft email correspondence to Mr. Goodwine (.10); email correspondence with Mr. Lee (.20); email correspondence with Court regarding Expedited Hearing (.10); email correspondence with Ms. Lauer (.10); email correspondence with Ms. Hedrick (.10). |
| 02/24/10 | D. Bowsher | .40 | Email regarding pleadings. |
| 02/24/10 | J. Lee | .50 | Emails to team regarding suggested strategy on response to Wayzata's latest motion (.20); draft advice memo to co-counsel re case issues, strategy and results of meeting with clients (.30) |
| 02/24/10 | R. Cheatham | .20 | Preparation of email correspondence to Richard Goldenberg. |

| 02/24/10 | S. Cheatham | .50 | Email correspondence regarding Joint Motion by Wayzata, the UCC and Axxis for Authorization of Debtors to Pay Certain Claims as Adequate Protection (.50). |
| --- | --- | --- | --- |
| 02/25/10 | D. Bowsher | .80 | Email regarding limited joinder and response to accelerated payment motion (.50); email regarding response to objection to extension of exclusivity (.30) |
| 02/25/10 | J. Duck | 3.70 | Review email correspondence from Mr. Phillips (.10); draft email correspondence regarding Brief (.10); review draft correspondence to MBL (.10); email correspondence regarding Affidavit (.50); email correspondence with Ms. Hedrick regarding revisions to Response (.30); email correspondence with Mr. Bowsher (.40); email correspondence with Mr. Patrick (.20); email correspondence with Mr. Draper (.20); numerous email correspondence with Mr. Cheatham, Mr. Bowsher, Ms. Cross, Ms. Hedrick, Mr. Patrick and Mr. Goodwine (1.5); email correspondence with Ms. Hedrick and Mr. Heath regarding Hearing on Lease Assumptions (.30). |
| 02/25/10 | L. Hedrick | 1.30 | Numerous email correspondence with counsel re issues re exclusivity brief (.50) email correspondence with client re information re brief (.30); email correspondence with Ms. Dukes re hearings (.10); email correspondence with Wayzata counsel re hearings on March 1st and 2nd (.10); email correspondence with counsel re joinder in Wayzata's motion to direct debtors to use cash collateral to pay creditors (.30). |
| 02/25/10 | J. Courcelle | 1.00 | Numerous email correspondence re response to Wayzata's Objection to Motion for Third Extension of Exclusive Period and revisions to same (.50); numerous email correspondence re limited joinder and response (.20); email correspondence re comments to Response Motion (.30). |

| | | | |
|---|---|---|---|
| 02/26/10 | L. Hedrick | 1.20 | Numerous email correspondence with counsel re revisions to and filing of Limited Joinder in Wayzata's Motion directing debtors to pay creditors (.30); email correspondence with court and Wayzata counsel re moving hearing on motion to assume lease (.20); email correspondence with Ms. Carlisle re same (.20); email correspondence with counsel re preparation for hearing on exclusivity (.30); email correspondence with counsel re Plan Summary (.20). |
| 02/26/10 | J. Duck | 1.00 | Email correspondence with Mr. Goodwine (.50); email correspondence with Mr. Patrick and Mr. Phillips (.50). |
| 02/26/10 | J. Courcelle | .20 | Numerous email correspondence re plan summary. |
| 02/26/10 | R. Cheatham | .70 | Preparation of email correspondence to counsel re Joinder and Response to Motion for Adequate Protection (.20); receipt and review of multiple email correspondence from Billy Patrick and Louis Phillips re Joinder and Response (.50). |
| 02/26/10 | D. Bowsher | .20 | Email regarding plan (.10); email regarding exclusivity pleadings (.10) |
| 02/27/10 | J. Duck | .80 | Draft email correspondence to Mr. Heath and Mr. Lee regarding Houston Lease and request for Stipulation (.20); email correspondence with Mr. Cheatham, Mr. Draper and Mr. Goodwine (.50); draft email correspondence to Mr. Cooke (.10). |
| 02/28/10 | L. Hedrick | .60 | Numerous email correspondence with counsel re Houston lease assumption in preparation for hearing (.50); email correspondence to Ms. Carlisle re request for extension of deadline to assume Houston lease (.10). |
| 02/28/10 | J. Duck | .50 | Email correspondence with Mr. Heath, Mr. Draper, Mr. Goodwine and client. |
| 02/28/10 | J. Duck | 1.00 | Email correspondence with Mr. Heath regarding resolution of lease dispute (.30); email correspondence with Mr. Cheatham, Mr. Draper and Mr. Goodwine (.50); email correspondence with Ms. Hedrick (.20). |
| | **Totals** | **141.90** | |

### 3   Telephone conversations, meetings and/or conferences.

| | | | |
|---|---|---|---|
| 02/01/10 | L. Hedrick | .30 | Conferences with counsel re issues related to POGM's contract and revised fee request. |
| 02/01/10 | R. Stewart | 5.50 | Conference with John Lee regarding bankruptcy developments and various considerations and strategy re causes of action claims (0.50); review and analyze copies of relevant agreements and other file materials in order to evaluate various considerations for potential actions against (1.50); research and evaluate case authorities regarding potential release and waiver issues, governing law, and choice of forum issues for causes of action (3.50). |
| 02/01/10 | S. Cheatham | .20 | Conference with Mr. Robin Cheatham regarding Wise Well issues (.20). |
| 02/01/10 | D. Bowsher | .30 | Telephone conference with Charie Nobles regarding plan revisions (.10); telephone conference with Moore and Griffin regarding same (.20) |
| 02/01/10 | J. Duck | 1.00 | Conference with Mr. Goodwine regarding Plan issues (.20); meet with Mr. Draper (.10); meet with Mr. Cheatham (.50); conference with Mr. Schupp regarding Xplor settlement terms and resolution of adversary proceeding (.20). |
| 02/02/10 | D. Bowsher | .80 | Telephone conference with Goodwine regarding plan and credit agreement revisions .50; telephone conference with Duck regarding same (.30) |
| 02/02/10 | J. Duck | .50 | Conference with Mr. Bowsher (.20); conference with Mr. Goodwine (.10); telephone Mr. Cooke (.10); conference with Ms. Hedrick regarding CCB (.10). |
| 02/02/10 | J. Courcelle | .30 | Conference with counsel re research re plan issues. |
| 02/03/10 | J. Courcelle | .30 | Telephone conference with counsel re revisions to the Disclosure Statement and Plan. |
| 02/03/10 | L. Vanderpoel | 1.20 | Attend meeting with SRI Team to discuss strategy and upcoming projects re: amendments to plan and disclosure statement. |

| 02/03/10 | V. White | 2.20 | Team meeting re: action items for filing Feb. 10 (.70) Correspondence w/ B. Daigle and John Duck re: revised settlement agreement and revisios to same (1.50). |
|---|---|---|---|
| 02/03/10 | D. Bowsher | 1.10 | Telephone conference with Messrs. Phillips, Draper, Patrick, Goodwine, Duck, R. Cheatham, and Nobles regarding plan, disclosure statement, and credit agreement revisions .90; telephone conference with Duck and R. Cheatham regarding same (.20) |
| 02/03/10 | J. Duck | 4.60 | Prepare for and attend conference call regarding amendments to Plan and Disclosure Statement (1.20); meet with Mr. Cheatham regarding work needed to achieve tasks (.50); meet with legal team to discuss matters for Disclosure Statement and Plan approval process (.60); conference with Mr. Goodwine, Mr. Draper, Mr. Cheatham and Mr. Cooke (.80); conference with Mr. Lee (.70); conference with Mr. Cooke (.30); meet with Ms. Hedrick and Ms. White regarding hedging issues (.50). |
| 02/03/10 | S. Cheatham | .60 | Meeting regarding Plan and voting issues (.60). |
| 02/03/10 | K. Reyna | .25 | Team meeting discussing upcoming deadlines and project requirements. |
| 02/03/10 | J. Lee | .50 | Conference with Duck and follow up emails on drafting and structuring issues for amended plan (.20); conference call with Duck and Cheatham regarding plan trust, litigation and structuring issues (.30) |
| 02/03/10 | R. Cheatham | 1.50 | Telephone conference with P.J. Goodwine, John Duck and David Bowsher re plan issues (.70); telephone conference with David Bowsher and John Duck re plan and disclosure statement revisions (.40); telephone conversation with Mike Crawford re UCC position for Debtors' plan (.20); telephone conversation with Ben Kadden re lien creditor position for debtor's plan (.20). |
| 02/03/10 | L. Hedrick | 1.20 | Meetings with counsel re status and preparation of Disclosure Statements, ballots, procedures motion, hedge issues, Wise Well garnishment proceeding issues. |

| | | | |
|---|---|---|---|
| 02/04/10 | L. Hedrick | .80 | Telephone conference with Mr. Goodwine re status of royalty audit and update re same (.20); telephone conference with Mr. Moore re information for Disclosure Statement (.20); conferences with counsel re Disclosure Statement issues and hedging (.40). |
| 02/04/10 | R. Cheatham | .90 | Telephone conference with PJ Goodwine, John Duck, Doug Draper re hedging termination issues (.40); telephone conference with PJ Goodwine and John Duck re acquisition of Macquarie note by Wayzata (.50). |
| 02/04/10 | J. Courcelle | .40 | Multiple conferences with counsel re revisions to the Disclosure Statement. |
| 02/04/10 | J. Lee | 1.00 | Telephone call regarding background and financing and new hedges issues (.30); conference with Ms. Cross regarding status on follow up points on new developments (.20); prepare advice memo to Mr. Duck on litigation considerations and strategy points (.30); reading/advice to counsel on proposed letters to lenders on issues (.20) |
| 02/04/10 | D. Bowsher | 1.30 | Telephone conference with Mr. Goodwine regarding credit agreement revisions (.30); telephone conference with Messrs. Goodwine and Hebert regarding same (.80); telephone conference with Ms. Hedrick and Ms. Courcelle regarding disclosure statement revisions (.20) |
| 02/04/10 | J. Duck | 2.20 | Conference with Mr. Cooke (.20); conference with Mr. Lee (.10); conference with Mr. Goodwine (.20); conference with Mr. Draper (.20); conference with Mr. Cheatham (.20); multiple conferences with Mr. Goodwine (.50); conferences with Mr. Lee regarding Litigation Committee (.50); meet with Ms. Hedrick and email correspondence regarding CCB revisions (.30). |

| | | | |
|---|---|---|---|
| 02/05/10 | J. Duck | 3.90 | Prepare for and attend conference call with counsel for various parties in SRI bankruptcy case (1.5); conference calls with Mr. Goodwine (.50); meet with Mr. Goodwine and Mr. Draper (1.0); conference with Mr. Cheatham (.10); conferences with Mr. Bowsher (.50); meet with Ms. White (.20); meet with Ms. Hedrick regarding Motion to Assume (.10). |
| 02/05/10 | D. Bowsher | 1.80 | Telephone conference with Ms. Nobles and Messrs. Patrick, Kadden, Vance, Crawford, Goodwine, Duck, and R. Cheatham regarding plan and credit agreement revisions (1.30); telephone conference with Mr. Duck regarding same (.10); telephone conference with Ms. Nobles regarding same (.10); telephone conferences with Mr. Goodwine regarding same (.30) |
| 02/05/10 | J. Lee | .60 | Conference with Duck and with co-counsel regarding issues involving Macq, hedges, etc., and follow up strategy/advice (.20); reading correspondence and emails with Macq and co-counsel on same (.20); review of market update/advice from Ms. Cross (.10); telephone conversation with Ms. Cross regarding latest business and market developments (.20) |
| 02/05/10 | R. Cheatham | .40 | Telephone conversation with PJ Goodwine, John Duck, Doug Draper, re termination notice. |
| 02/05/10 | R. Cheatham | .80 | Telephone conversation with PJ Goodwine re adversary against former owners. |
| 02/05/10 | R. Stewart | 4.80 | Conferences with John Lee and Ashley Anderson regarding modifications and revisions to litigation write-up for claims against (.30); further review and revise updated section from Ashley Anderson and incorporate same into draft (.50); further review and confirm statutes and case authorities relied upon in memo for recommendations (2.50); further revise, and finalize litigation write-up for claims and forward final version to John Lee (1.50). |

| 02/05/10 | L. Hedrick | 1.00 | Conference with counsel re lease assumption issues (.40); telephone conference with Mr. Otillio re Houston lease payments (.20); telephone conference with Mr. Goodwine re updated financial information for Disclosure Statement (.20) telephone conference with Mr. Moore re same (.20). |
| --- | --- | --- | --- |
| 02/06/10 | D. Bowsher | .20 | Telephone conference with Goodwine regarding credit agreement revisions. |
| 02/07/10 | D. Bowsher | 1.40 | Telephone conference with Messrs. Jordan, Quinn, Phillips, and Goodwine regarding credit agreement revisions. |
| 02/08/10 | L. Vanderpoel | .20 | Telephone conference with creditors re: status. |
| 02/08/10 | D. Bowsher | 2.60 | Telephone conference with Messrs. Cooke, Clifford, Hebert, Moore, and Goodwine regarding credit agreement revisions (1.20); conference with Ms. Hedrick and Ms. Courcelle regarding disclosure statement and solicitation motion (.30); telephone conference with Messrs. Phillips and Goodwine regarding plan revision (.90); telephone conferences with Mr. Goodwine regarding same (.20). |
| 02/08/10 | R. Cheatham | .70 | Telephone conversation with PJ Goodwine re Macquarie comments to plan (.10); telephone conference with PJ Goodwine, John Duck, Louis Phillips, Mike Crawford and Ben Kadden re plan issues (.60). |
| 02/08/10 | J. Courcelle | .60 | Multiple conferences with counsel re procedures for solicitation (.60). |
| 02/08/10 | L. Hedrick | .80 | Multiple conferences with counsel re Plan, Disclosure Statement, and Procedures Motion. |
| 02/09/10 | L. Hedrick | .80 | Numerous conferences with counsel re Plan, Disclosure Statement and Procedures Motion issues. |
| 02/09/10 | R. Cheatham | .50 | Telephone conference with Messrs Louis Phillips, Mike Crawford, Ben Kadden, Pat Vance, John Duck and David Bowsher re plan filing and language. |
| 02/09/10 | S. Cheatham | .20 | Meeting with Ms. Hedrick regarding ballots and Plan issues. |

| 02/09/10 | D. Bowsher | 2.70 | Telephone conference with Messers Moore, Cooke, Clifford, Hebert, and Goodwine regarding financial projections (1.20); telephone conference with Messers Moore, Cooke, Clifford, Hebert, Goodwine, Crawford, Phillips, Jordan, Hughes, Kadden, and Vance regarding same (1.0); telephone conference with Mr. Quinn regarding credit agreement revisions (.40); telephone conference with Mr. Goodwine regarding same (.10) |
| 02/09/10 | L. Vanderpoel | .10 | Receipt and review of email discussions re: objections to additional amendment to February cash collateral order. |
| 02/10/10 | D. Bowsher | 2.30 | Telephone conferences with Moore regarding financial projections (.80); conferences with Ms. Hedrick and Ms. Courcelle regarding plan, disclosure statement, and related pleadings (.60); conferences with Mr. Cheatham regarding same (.20); telephone conference with Messrs Goodwine and Phillips regarding plan and credit agreement revisions (.70) |
| 02/10/10 | L. Vanderpoel | .10 | Confer with Ms. Hedrick re: amended exhibit to Cash Collateral Order. |
| 02/10/10 | J. Duck | .70 | Numerous conferences with Mr. Goodwine (.70). |
| 02/10/10 | R. Cheatham | .50 | Telephone conference with John Duck, PJ Goodwine, and David Bowsher re disclosure statement and plan issues. |
| 02/10/10 | J. Courcelle | .70 | Numerous telephone conferences with counsel re Procedures Motion and Third Amended Plan and Disclosure Statement. |
| 02/10/10 | L. Hedrick | 1.30 | Conference call with counsel re Plan, Disclosure Statement and Procedures Motion (.50); numerous conferences with counsel re preparation for filing Plan, Disclosure Statement and related motions and documents (.80). |

| | | | |
|---|---|---|---|
| 02/11/10 | L. Hedrick | 5.30 | Prepare for and attend conference call with counsel for debtors, Macquarie, UCC, lien creditors and Equity Committee re Debtors' Third Amended Plan (1.0); numerous conferences with counsel and client re revisions to Plan and Disclosure Statement, updated financials and exhibits to Disclosure Statement and Plan, procedures motion and exhibits thereto, solicitation issues, exhibits for placement on SRI website (3.50); numerous calls with Grant Thornton re information for DS exhibits and projections (.80). |
| 02/11/10 | J. Courcelle | 1.70 | Telephone conference with counsel and client re Third Amended Plan, treatment of claims and procedures for confirmation (.70); numerous conferences with counsel re revisions to the Third Amended Plan and Third Amended Disclosure Statement (1.0). |
| 02/11/10 | R. Cheatham | 3.10 | Telephone conference with John Duck, PJ Goodwine, Billy Patrick, Cherie Nobles, Louis Phillips, and Ben Kadden re plan and disclosure statement preparation (1.0); telephone conference with John Duck, PJ Goodwine and David Bowsher re same (1.0); review of draft of motion to set disclosure statement and plan conference for hearing (.80); review of position of disclosure statement ((.30)). |
| 02/11/10 | S. Cheatham | .40 | Meeting regarding Plan and claims issues. |

| 02/11/10 | D. Bowsher | 6.20 | Telephone conference with Messrs Cooke, Hebert, Moore, Griffin, and Goodwine regarding financial projections and credit agreement revisions (.80); telephone conferences with Messrs Moore and Griffin regarding same (.60); telephone conferences with Mr. Hebert regarding same (.30); telephone conference with Messrs Phillips, Vance, Kadden, Draper, Patrick, Moore, Griffin, Cooke, Hebert, Goodwine, Duck and Ms. Nobles regarding plan revisions (.70); telephone conference with Phillips, Nobles, Cooke, Hebert, Goodwine, Duck, and Cheatham regarding same (1.40); telephone conferences with Mr. Goodwine regarding same (.20); telephone conference with Messrs Goodwine and Cooke regarding same (.20); telephone conference with Messrs Cooke, Hebert, Goodwine, Duck, Hedrick, and Patrick regarding same (.40); telephone conferences with Messrs Cooke, Goodwine, Duck, and Hedrick regarding same (.30) ; telephone conferences with Mr. Duck and Ms. Hedrick regarding same (1.30). |
|---|---|---|---|
| 02/11/10 | J. Duck | 3.60 | Conference with client, co-counsel and counsel for co-proponets (1.5); conference with Mr. Vance (.10); conference with Mr. Goodwine and Mr. Cooke (1.0); conferences with Mr. Bowsher (1.0). |
| 02/12/10 | W. Lawler | .30 | Conference with D. Bowsher re: Voting Agreement. |
| 02/12/10 | D. Bowsher | .80 | Telephone conferences with Garner regarding credit agreement revisions (.10); conferences with Lawler regarding voting agreement (.40); telephone conference with Hedrick regarding solicitation motion (.30).5 |
| 02/12/10 | J. Duck | 3.10 | Conference with Mr. Goodwine (.10); meet with Mr. Cheatham (.20); telephone conference with Mr. Daigle regarding Xplor Settlement (.20); conference with Ms. Hedrick regarding CCB and Xplor Settlement (.10); conference with Mr. Dore (.30); conference with Mr. Goodwine (.20); conference with Mr. Cooke (.60); meet with Mr. Cooke (.40); meet with Ms. Hedrick (.30); meet with Mr. Cheatham (.50); conference with Mr. Goodwine (.20). |

| | | | |
|---|---|---|---|
| 02/12/10 | R. Cheatham | .40 | Telephone conversation with PJ Goodwine re issues for plan filing (.40). |
| 02/12/10 | J. Courcelle | .30 | Conference with counsel re procedures motion. |
| 02/12/10 | L. Hedrick | 1.00 | Conferences with counsel re motion to approve immaterial modifications to plan and responses to Wayzata's motions. |
| 02/15/10 | L. Hedrick | 1.90 | Conference with counsel re strategy and preparation of responses and motions (1.0); conference call with Grant Thornton re stock value issue s(.50); follow-up conferences with Grant Thornton re same (.40). |
| 02/15/10 | J. Courcelle | .20 | Conference with counsel re request for shortened notice for Disclosure Statement and Confirmation of Plan. |
| 02/15/10 | R. Cheatham | .30 | Telephone conference with PJ Goodwine and John Duck. |
| 02/15/10 | S. Cheatham | 1.20 | Meetings with Ms. Hedrick and Mr. Duck regarding Motion to Vacate and Procedures Motion (.90); meeting with Ms. Hedrick regarding ballot issues (.30). |
| 02/15/10 | J. Duck | 4.10 | Conference with Mr. Cheatham (.10); conference with Mr. Goodwine and Mr. Cheatham (.20); meet with Ms. Hedrick and Mr. Scott Cheatham (.50); meet with Mr. Draper and Mr. Goodwine (1.5); meet with Ms. Hedrick and Mr. Goodwine regarding procedures motion (.50); conference with Mr. Moore regarding valuation issues (.50); conference with Mr. Draper (.10); meet with Ms. White (.10); conference with paralegal (.10); conferences with Mr. Moore (.50). |
| 02/15/10 | D. Bowsher | .90 | Telephone conference with Garner regarding credit agreement revisions (.30); conferences with Lawler regarding voting agreement (.20); telephone conference with Sanders regarding same (.20); telephone conference with Goodwine regarding plan revisions (.10); voicemail with Moore regarding disclosure statement and confirmation hearings (.10). |

| 02/15/10 | W. Lawler | .30 | Conference with D. Bowsher regarding Voting Agreement and revision of Articles of Incorporation attached to plan. |
| 02/16/10 | J. Duck | .50 | Conference with Mr. Goodwine. |
| 02/16/10 | D. Bowsher | 1.20 | Telephone conferences with Goodwine regarding plan and credit agreement revisions (1.0); conferences with Lawler regarding voting agreement (.20). |
| 02/17/10 | S. Cheatham | 1.70 | Meetings with Mr. Robin Cheatham, Mr. Duck, Ms. Hedrick and Ms. Courcelle regarding Procedures Motion and Motion to Vacate (1.10); telephone discussions with Mr. Bowsher regarding Plan and Confirmation issues (.30); telephone conversation with counsel for the Equity Committee regarding Motion to Vacate (.30). |
| 02/17/10 | J. Duck | 2.60 | Conference with Mr. Vance (.50); conference with Mr. Bowsher (.30); conference with Mr. Goodwine (.10); meet with Mr. Cheatham (.50); conference with Mr. Kadden (.20); conference with Mr. Burmaster (.20); meet with Mr. Scott Cheatham and Mr. Robin Cheatham regarding Opposition to Wayzata Motion to Terminate Exclusivity (.50); meet with Mr. Cheatham (.20); conference with Ms. Hedrick and Ms. Courcelle (.10). |
| 02/17/10 | D. Bowsher | 1.40 | Telephone conference with Duck regarding Form 8-K regarding revised plan and exclusivity motions (.30); telephone conference with Ms. Hedrick regarding solicitation procedures motion (.10); telephone conferences with Scott Cheatham regarding exclusivity motions (.40); telephone conference with Ms. Courcelle regarding plan summary (.10); conference with Lawler regarding voting agreement (.50) |
| 02/17/10 | W. Lawler | .30 | Conference with D. Bowsher re: Voting Agreement. |
| 02/17/10 | J. Courcelle | 1.00 | Numerous conferences with counsel re Procedures Motion, exhibits to the Procedures Motion, Notification of Non-Voting status solicitation and issues, hearing on Motion and ballots. |

| | | | |
|---|---|---|---|
| 02/17/10 | L. Hedrick | 1.50 | Numerous conferences with counsel re revisions to procedures motion, notices, orders, solicitation package and ballots and preparation for filing same. |
| 02/18/10 | L. Hedrick | .70 | Conferences with counsel re opposition to motion to vacate Wayzata's motion for adequate protection, pleadings filed by creditors and preparation for status conference. |
| 02/18/10 | R. Cheatham | 1.00 | Telephone conversation with PJ Goodwine, Doug Draper and Louis Phillips re status conference. |
| 02/18/10 | J. Courcelle | .20 | Conference with counsel re supplement to the Third Motion for Extension of Exclusivity. |
| 02/18/10 | J. Lee | .50 | Multiple emails to and then call with potential hedge counterparty re: background, and follow up advice to client re same. |
| 02/18/10 | D. Bowsher | 1.40 | Telephone conference with Goodwine and R. Cheatham regarding adequate protection issues (.30); telephone conference with Cross, Moore, Griffin, Draper, R. Cheatham, Goodwine, and Hebert regarding same (.60); telephone conference with Freeman regarding plan and credit agreement revisions (.50) |
| 02/18/10 | A. Freeman | .50 | Conference with D. Bowsher regarding Wayzata Credit Agreement and Third Amended Plan of Reorganization. |
| 02/18/10 | J. Duck | .20 | Attend conference call regarding preparation for conference with Court. |
| 02/19/10 | D. Bowsher | .40 | Conference with Lawler regarding voting agreement. |
| 02/19/10 | L. Vanderpoel | .30 | Confer with Ms. White and Mr. Duck re: Xplor compromise and settlement and related documents. |
| 02/19/10 | W. Lawler | .40 | Conference with D. Bowsher re: Voting Agreement. |

| 02/19/10 | J. Duck | 1.50 | Conference with Mr. Cheatham (.50); conference with Mr. Draper (.30); conference with Mr. Goodwine (.40); meet with Ms. White regarding execution of Settlement Agreement (.10); meet with paralegal regarding available Hearing dates (.20). |
| 02/19/10 | J. Courcelle | .80 | Conference with counsel re Wayzata's Opposition to the Debtor's Request for further Extension of Exclusivity (.50); conference with counsel re status conference and pleadings to be filed (.30). |
| 02/19/10 | L. Hedrick | 1.00 | Conference with counsel re preparation for hearings (.20); multiple conferences with counsel following status conference re preparation of motion to use cash collateral and response to Wayzata's objection to exclusivity (.80). |
| 02/21/10 | J. Duck | .10 | Conference with Mr. Draper (.10). |
| 02/22/10 | D. Bowsher | .20 | Telephone conference with Goodwine regarding status conference. |
| 02/22/10 | J. Duck | 2.90 | Conference call with counsel for various parties in SRI case to discuss proposal (1.0); conference with Mr. Patrick (.20); meet with Mr. Cheatham (.20); conference with Ms. Hedrick regarding Wayzata arguments (.10); conference with Mr. Goodwine (.40); meet with Ms. Hedrick regarding response to Wayzata filings and work on development of counter arguments (1.0). |
| 02/22/10 | J. Lee | .40 | Conference call with potential hedge counterparty, and then forward requested materials on SRI reserves and business (.30); status advice and follow up to client re same (.10) |
| 02/22/10 | L. Hedrick | 1.00 | Conference with counsel re motion to use cash collateral (.20); conference with counsel re reply memorandum to Wayzata's exclusivity objection and motion for adequate protection (.80). |
| 02/23/10 | J. Duck | .40 | Conference with Mr. Goodwine regarding support for Motion to Extend Exclusivity (.20); telephone Mr. Goldenberg (.10); conference with Ms. Hedrick (.10). |

| | | | |
|---|---|---|---|
| 02/23/10 | J. Courcelle | .20 | Conference with counsel re response to Wayzata's Objection to Motion to Extend Exclusivity. |
| 02/23/10 | J. Lee | 1.30 | Background conference re financing issues (.30); meeting with clients re status and plan issues (1.0) |
| 02/23/10 | L. Vanderpoel | .20 | Telephone conference with creditors re: status of proceedings. |
| 02/23/10 | L. Vanderpoel | .10 | Confer with Ms. Hedrick re: payments to royalty interest owners and amendment to Schedule F. |
| 02/24/10 | D. Bowsher | 1.00 | Telephone conference with Goodwine, Duck, R. Cheatham, Hedrick, Cross, Moore, Draper, Patrick, and Phillips regarding adequate protection and exclusivity issues (.90); telephone conference with Goodwine regarding same (.10) |
| 02/24/10 | L. Vanderpoel | .30 | Telephone conference with creditor re: voting on 3rd Amended Plan. |
| 02/24/10 | R. Cheatham | 1.40 | Conference call with Doug Draper, Louis Phillips, Billy Patrick, PJ Goodwine re reasons to Opposition to Motion to Extend Exclusivity (1.0); telephone conversation with PJ Goodwine re adequate protection motion by Wayzata (.20); telephone conversation with Richard Goldenberg re affidavit (.20). |
| 02/24/10 | L. Hedrick | 2.80 | Telephone call to Ms. Dukes re hearings on March 1st and 2nd (.10); numerous conferences with counsel re response brief on exclusivity and response to Wayzata's Joint Motion for Adequate Protection (2.0); telephone conference with Mr. Rousse re status of proceedings (.20); numerous conferences with Mr. Moore re feasibility analysis (.50). |
| 02/24/10 | J. Duck | .70 | Conference with Mr. Goodwine (.10); attend conference call to discuss response to Wayzata motion (.60). |
| 02/25/10 | J. Duck | 1.00 | Meet with Mr. Cooke and Mr. Clifford. |
| 02/25/10 | L. Hedrick | 1.10 | Numerous conferences with counsel re brief on exclusivity and limited joinder in Wayzata's motion to pay creditors (1.0); telephone conference with Mr. Hebert re cash collateral budget (.10). |

| 02/25/10 | J. Courcelle | .50 | Numerous conferences with counsel re research issues re Response to Wayzata's Objection to Motion for Third Extension of Exclusive Period. |
|----------|--------------|-----|---|
| 02/25/10 | L. Vanderpoel | .20 | Telephone conference with creditor re: Third Amended Plan and Disclosure Statement. |
| 02/25/10 | D. Bowsher | .20 | Telephone conference with Hedrick regarding response to objection to extension of exclusivity (.10); telephone conference with Goodwine regarding limited joinder and response to accelerated payment motion (.10) |
| 02/26/10 | J. Duck | .50 | Conference with Mr. Goodwine and Mr. Cheatham (.30); conference with Mr. Draper (.20). |
| 02/26/10 | L. Hedrick | .40 | Conferences with counsel re Limited Joinder in Wayzata's Motion to Use Cash Collateral, hearing on motion to assume lease. |
| 02/26/10 | R. Cheatham | .40 | Telephone conference with PJ Goodwine re strategy for hearing. |
| 02/28/10 | J. Duck | .20 | Conference with Mr. Draper regarding Wayzata Response (.20). |
| | **Totals** | **130.35** | |

## 4   Preparation for and attendance at hearings, trials and/or depositions.

| 02/17/10 | J. Duck | .10 | Revise items to be addressed in conference with Court. |
|----------|---------|-----|---|
| 02/18/10 | L. Vanderpoel | 2.70 | Assist with preparation of documents and pleadings required for status conference before the Court. |
| 02/18/10 | R. Cheatham | .50 | Preparation for status conference. |
| 02/18/10 | L. Hedrick | 2.50 | Assist counsel with preparation for status conference on exclusivity and related issues. |
| 02/19/10 | L. Hedrick | 1.00 | Review and analyze pleadings filed by UCC, lien claimants represented by Mr. Kadden and lien claimants represented by Mr. Dore (.50); summarize parties positions on exclusivity in preparation for hearing (.50). |
| 02/19/10 | R. Cheatham | 5.70 | Attend status conference (5.50); attend X-Chem status conference (.20). |

| | | | |
|---|---|---|---|
| 02/25/10 | L. Vanderpoel | 1.60 | Assist with preparations of pleadings for status conference set for 3/1/10. |
| 02/26/10 | V. White | .80 | Attention to distribution to courts and opposing counsel of color charts and images from filing of affidavit of Loretta Cross. |
| 02/26/10 | L. Vanderpoel | .60 | Confer with Mr. Cheatham re: preparations for status conference(.30); assist with final preparations for 3-1-10 status conference(.30). |
| 02/27/10 | J. Duck | .50 | Prepare for Hearing on Xplor Settlement and on Motion to Assume Houston Lease. |
| 02/28/10 | R. Cheatham | 4.20 | Travel to Lafayette for hearing on Motion to Extend Exclusivity and Motion for Adequate Protection (1.20); conference with PJ Goodwine and Doug Draper (.50); preparation for hearing on Motion to Extend Exclusivity and Motion for Adequate Protection (2.50). |
| 02/28/10 | J. Duck | 2.00 | Prepare for Hearing on Xplor settlement and lease assumption motions. |
| | **Totals** | **22.20** | |

---

**5    Review and/or draft discovery and/or discovery responses, document review and production.**

| | | | |
|---|---|---|---|
| 02/10/10 | J. Schmidt | 2.50 | Work on discovery responses(2.0); telephone conference with George Pivach re: extension in which to answer discovery(.50). |
| 02/12/10 | W. Lawler | .50 | Analysis of organizational documents in preparation for drafting voting agreement. |
| 02/22/10 | J. Schmidt | 3.50 | Work on discovery responses in Plaqumines Parish Government suit. |
| 02/24/10 | L. Hedrick | 1.00 | Review of documents, reports, correspondence and information for inclusion in brief on exclusivity and feasibility. |
| 02/25/10 | L. Hedrick | .80 | Review of documents and information for inclusion in exclusivity brief. |
| | **Totals** | **8.30** | |

## 7   Legal research and case analysis.

| | | | |
|---|---|---|---|
| 02/01/10 | S. Cheatham | .40 | Review BOD memo (.20); review Claims Register regarding calim issue (.20). |
| 02/02/10 | S. Cheatham | 1.00 | Review issues regarding confirmation (1.0). |
| 02/02/10 | A. Anderson | 2.50 | Research re: whether federal statute giving bankruptcy courts jurisdiction over relating proceedings provides basis to avoid arbitration clause in engagement letter and/or purchase agreement. |
| 02/02/10 | J. Courcelle | 2.80 | Legal research re plan confirmation issues (2.8). |
| 02/03/10 | V. White | 5.00 | Legal research re: procedure for filing a motion for plan and disclosure statement together .90; email to L. Hedrick re: same (.10); legal research re: applicability of 11 USC s 560 et al to hedging contracts and availability of exception to Automatic Stay (4.60); correspondence w/ John Duck re: same (.40). |
| 02/03/10 | J. Duck | .50 | Research regarding hedging issues. |
| 02/03/10 | A. Anderson | 5.80 | Research re: affect of bankruptcy proceedings on arbitration clause (1.50); Research re: New York statutes of limitations on causes of action (3.40); Draft litigation analysis reviewing arbitration provision (.90). |
| 02/03/10 | S. Cheatham | 6.20 | Review proposed Plan (1.4); review memorandum regarding Post-Confirmation rescission issues (.50); review memo regarding ability to have hearing on Plan and Disclosure Statement simultaneously (.30); begin reviewing Schedule F and Proofs of Claims and preparing list for ballot (4.0). |
| 02/03/10 | L. Hedrick | .20 | Review research re joint hearing on Disclosure Statement and Plan. |
| 02/04/10 | A. Anderson | 6.80 | Research re: Arbitration Provision and Forum Selection Clause (3.70); Draft litigation analysis examining effect of arbitration provision (3.10). |
| 02/04/10 | A. Anderson | 1.10 | Research re: waiver of 560 right to terminate swap contracts. |

| 02/04/10 | V. White | 8.30 | Continue research re: applicability of 11 USC 560 and exception to automatic stay (3.40); correspondence w/ John Duck re: same (.20); draft client memo re: summary/conclusions of research (4.70). |
|---|---|---|---|
| 02/05/10 | V. White | 2.00 | Finalize memo re: Applicability of 11 USC s 560 and exception to automatic stay (1.90); correspondence w/ John Duck re: same (.10). |
| 02/05/10 | V. White | 2.50 | Research re: Court's requirements re: financial covenants in a cram downand email to Robin Cheatham and John Duck re: same. |
| 02/05/10 | A. Anderson | 1.70 | Draft litigation analysis examining arbitration and forum-selection provisions. |
| 02/05/10 | S. Cheatham | 2.60 | Continue reviewing Schedule F and Proofs of Claim and preparing list for ballots. |
| 02/05/10 | J. Lee | .40 | Review of final version of memo and additional authorities on application of Section 560 to Macquarie/Wayzata attempt to close the hedge positions (.40). |
| 02/05/10 | L. Hedrick | .80 | Research re assumption of lease issues. |
| 02/08/10 | J. Courcelle | .30 | Review and analyze Bankruptcy Rules re voting procedures and the tabulation of ballots. |
| 02/08/10 | J. Courcelle | 1.50 | Review and analyze Bankruptcy Rules 2002 and 3017 re procedures for solicitation( 1.0); legal research rules re procedures for Disclosure Statement and confirmation hearing (.50). |
| 02/08/10 | J. Courcelle | 1.00 | Legal research re procedures for approval of the Plan and Disclosure Statement. |
| 02/08/10 | L. Hedrick | .70 | Review of research re procedures motion and confirmation / feasibility issue. |
| 02/08/10 | A. Anderson | 1.80 | Finalize litigation analysis. |
| 02/08/10 | V. White | 5.30 | Review and analyze prepetition financial covenants obligations and plan default (3.40); preparation of summary memo re: same (1.90). |

| 02/09/10 | J. Lee | 3.30 | Detailed review of current draft of joint plan, and prepare 5-6 detailed advice and comment memos to Mr. Bowsher and other co-counsel regarding same, structure, litigation issues, and other comments (2.50); meeting with Bowsher and several follow up emails regarding same (.50); strategy email to Mr. Duck and co-counsel regarding cram down litigation issues under new plan (.30) |
|---|---|---|---|
| 02/09/10 | S. Cheatham | 1.10 | Review revised Plan of Reorganization (.90); review Claims Docket. |
| 02/09/10 | V. White | 4.50 | Continued review of debtor's to provide financial covenants/re and plan feasibility feasibility of plan in light of same (3.50); correspondence with David Bowsher and John Duck re: same (.50); review case files re: same (.50). |
| 02/10/10 | V. White | .50 | Legal research re: prohibition on post-petition lock-ups as inapplicable to plan co-proponents. |
| 02/10/10 | S. Cheatham | .30 | Review and analyze lockout agreement issues. |
| 02/11/10 | V. White | 2.90 | Legal research re: debtor's ability to object to the transfer of a claim (2.0); draft summary of research for John Dcuk (.50); conf. w/ John Duck re: draft motion for authority to enter into Hedging Contracts (.40). |
| 02/11/10 | J. Lee | 1.30 | Reviewing latest redrafts to plan and D/S, and follow up emails to Bowsher re same and comments (.40); prepare and forward Bowsher requested language on anti-default protection (.30); continue review of latest revisions and updates on plan documents (.40); brief review of final filed versions of same (.20) |
| 02/11/10 | J. Courcelle | 2.00 | Review and analyze plan issues. |
| 02/12/10 | L. Hedrick | 1.00 | Analyze issues re solicitation rules and amendment of schedules. |
| 02/12/10 | L. Hedrick | 1.00 | Research and analyze issues re immaterial modifications to Plan. |
| 02/12/10 | J. Lee | .20 | Review emails from Duck regarding confirmation issues, plan negotiations and status-reply as needed to same.4 |

| | | | |
|---|---|---|---|
| 02/12/10 | W. Lawler | 2.10 | Research requirement for nomination of board member under Texas law and organizational documents. |
| 02/12/10 | S. Cheatham | 2.40 | Review issues regarding disculsion of Court and exclusivity (1.20); review Docket, Orders and pleadings in preparation of Opposition to Motion to Expedite (1.20). |
| 02/15/10 | S. Cheatham | .30 | Review Stay and Confirmation issues. |
| 02/15/10 | V. White | 8.00 | Legal research re: ability of Wayzata to stay effect of order of confirmation and requirement of bond (3.90); conf. w/ Lisa Hedrick and Scott Cheatham re: same (.10); draft memo re: same (1.50); review Wayzata motion to Vacate Minute Entry and Order entered January 29 and motion for expedited hearing and underlying pleadings re: same (1.0); draft motion to enter into hedging contracts (1.50) |
| 02/17/10 | V. White | 7.50 | Review and analyze motion to enter into hedging agreements and possible Section 364(d) priming lien (1.50); telephone conversation with John Lee re: same (.10); draft motion re: same (2.40); continued review and analysis re: stay of confirmation order and availability of same to Wayzata and draft memo re: same (3.50). |
| 02/17/10 | S. Cheatham | 1.80 | Review issues regarding 105 and exclusivity as well as latitude given to Court under 1121 (1.30); review correspondence and solicitation issues (.50). |
| 02/18/10 | V. White | .70 | Correspondence w/ H. Occhipinti re: Memo on applicability of section 560 to swap agreements (.20); review docket re: same (.50) |
| 02/18/10 | V. White | 2.00 | Continue research re: stay of confirmaiton order and time for appeal (1.50); draft memo re: same (.50) |
| 02/19/10 | V. White | 2.90 | Continue legal research re: availability of a stay of order of confirmation of plan and requirement for bond (1.10); continue drafting memo summarizing same (1.80) |

| 02/19/10 | L. Hedrick | 2.40 | Research issues re extension of exclusivity following order vacating confirmation order (1.40); review and analyze issues re motion to use cash collateral to pay creditors effective date payments (1.0). |
| 02/23/10 | L. Hedrick | 3.30 | Research and analyze issues re extension of exclusivity after confirmed plan fails to go effective (1.80); review cases cited by Wayzata in Objection (1.50). |
| 02/23/10 | J. Courcelle | 2.20 | Review and analyze exclusivity issues. |
| 02/24/10 | L. Hedrick | 2.50 | Research and analyze issues for brief on extension of exclusivity and feasibility. |
| 02/25/10 | J. Courcelle | 3.80 | Review of applicable Federal Rules re judicial notice (.50); review and analyze issues re Response to Wayzata's Objection to Motion to Extend Exclusivity (3.30). |
| 02/25/10 | V. White | .70 | Finalize memo re: stay of confirmation order and email to John Duck re: same. |
| | **Totals** | **121.90** | |

## 9   Fee applications and objections.

| 02/08/10 | L. Vanderpoel | 1.80 | Complete draft of exhibits to fee application of Malone & Bailey (December 2009) (.90); draft exhibits to fee application of Malone & Bailey (January 2010) (.90). |
| 02/09/10 | L. Vanderpoel | .70 | Complete draft of exhibits to Malone & Bailey fee application (January 2010). |
| 02/11/10 | S. Cheatham | .20 | Review Fee Application by Equity Committee. |
| 02/19/10 | J. Duck | .10 | Review GT Fee Request. |
| 02/22/10 | J. Duck | .10 | Review Otillio Interim Fee Application. |
| | **Totals** | **2.90** | |

**TOTAL HOURS**           **792.05**

Timekeeper Fee Summary

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Lee | 30.90 | $495.00 | $15,295.50 |
| R. Cheatham | 33.90 | $400.00 | $13,560.00 |
| J. Duck | 121.70 | $400.00 | $48,680.00 |
| R. Wollfarth | .50 | $335.00 | $167.50 |
| D. Bowsher | 116.40 | $310.00 | $36,084.00 |
| J. Schmidt | 6.00 | $310.00 | $1,860.00 |
| R. Stewart | 31.30 | $300.00 | $9,390.00 |
| L. Hedrick | 136.30 | $285.00 | $38,845.50 |
| J. Courcelle | 62.20 | $265.00 | $16,483.00 |
| S. Cheatham | 59.00 | $255.00 | $15,045.00 |
| A. Freeman | .50 | $235.00 | $117.50 |
| V. White | 66.50 | $235.00 | $15,627.50 |
| W. Lawler | 15.70 | $230.00 | $3,611.00 |
| A. Anderson | 19.70 | $225.00 | $4,432.50 |
| V. Owens | 11.20 | $150.00 | $1,680.00 |
| L. Vanderpoel | 80.00 | $150.00 | $12,000.00 |
| K. Reyna | .25 | $150.00 | $37.50 |
| Totals | 792.05 | | $232,916.50 |

## TOTAL FEES DUE ADAMS AND REESE — $232,916.50

**Costs Advanced**

| | | |
|---|---|---|
| 02/12/10 | Misc. Operating Expenses - John M. Duck Working dinner | $76.80 |
| 02/15/10 | 2/10/2010 FedEx from: Copy Room FedEx to: Clerk of Court-United States Banruptcy 214 Lafayette St, LAFAYETTE, LA | $6.15 |
| 02/17/10 | Long Distance Telephone Calls - Verizon DUCK 12/21/09 - 1/15/10 | $303.54 |
| 02/23/10 | Computer Assisted Legal Research - Pacer Service Center charges for 10/1/09 - 12/31/09 | $17.92 |
| 02/25/10 | Court Filing Fees - US Bankruptcy Court Clerk, Western District of LA Court cost for filing the adversary proceeding in the Harvest Oil & Gas, LLC et al bankruptcy proceeding entitiled," The Harvest Group, LLC and Harvest Oil & Gas, LLC vs. Barry Ray S., Brian Carl Albrecht, Shell Sibley, Willie Willard Powell, and Carolyn Monica Greet" Adversary No. 10-5009 | $250.00 |
| Computer Assisted Legal Research | | $1,013.63 |

| | |
|---|---:|
| Photocopies | $5,965.75 |
| Fax | $2.50 |
| Long Distance Telephone Calls | $38.00 |
| Postage | $622.70 |

**TOTAL COSTS ADVANCED**                                    **$8,296.99**

**TOTAL DUE ADAMS AND REESE**                     **$241,213.49**

## Task Summary By Rate

| Task Code | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 1 | Draft, review and/or revise ple | $150.00 | 30.60 | $4,590.00 |
| 1 | Draft, review and/or revise ple | $230.00 | 11.80 | $2,714.00 |
| 1 | Draft, review and/or revise ple | $235.00 | 10.40 | $2,444.00 |
| 1 | Draft, review and/or revise ple | $255.00 | 29.90 | $7,624.50 |
| 1 | Draft, review and/or revise ple | $265.00 | 34.70 | $9,195.50 |
| 1 | Draft, review and/or revise ple | $285.00 | 73.70 | $21,004.50 |
| 1 | Draft, review and/or revise ple | $300.00 | 5.70 | $1,710.00 |
| 1 | Draft, review and/or revise ple | $310.00 | 77.20 | $23,932.00 |
| 1 | Draft, review and/or revise ple | $400.00 | 33.30 | $13,320.00 |
| 1 | Draft, review and/or revise ple | $495.00 | 5.30 | $2,623.50 |
| 10 | Assistance with and review of S | $150.00 | 1.80 | $270.00 |
| 11 | General administrative, file an | $150.00 | 47.30 | $7,095.00 |
| 11 | General administrative, file an | $235.00 | 0.30 | $70.50 |
| 11 | General administrative, file an | $335.00 | 0.50 | $167.50 |
| 11 | General administrative, file an | $400.00 | 2.00 | $800.00 |
| 2 | Review and/or draft of correspo | $150.00 | 1.40 | $210.00 |
| 2 | Review and/or draft of correspo | $255.00 | 8.50 | $2,167.50 |
| 2 | Review and/or draft of correspo | $265.00 | 6.70 | $1,775.50 |
| 2 | Review and/or draft of correspo | $285.00 | 22.50 | $6,412.50 |
| 2 | Review and/or draft of correspo | $300.00 | 15.30 | $4,590.00 |
| 2 | Review and/or draft of correspo | $310.00 | 11.00 | $3,410.00 |
| 2 | Review and/or draft of correspo | $400.00 | 60.40 | $24,160.00 |
| 2 | Review and/or draft of correspo | $495.00 | 16.10 | $7,969.50 |
| 3 | Telephone conversations, meetin | $150.00 | 2.95 | $442.50 |
| 3 | Telephone conversations, meetin | $230.00 | 1.30 | $299.00 |
| 3 | Telephone conversations, meetin | $235.00 | 2.70 | $634.50 |
| 3 | Telephone conversations, meetin | $255.00 | 4.30 | $1,096.50 |
| 3 | Telephone conversations, meetin | $265.00 | 7.20 | $1,908.00 |
| 3 | Telephone conversations, meetin | $285.00 | 22.90 | $6,526.50 |
| 3 | Telephone conversations, meetin | $300.00 | 10.30 | $3,090.00 |
| 3 | Telephone conversations, meetin | $310.00 | 28.20 | $8,742.00 |
| 3 | Telephone conversations, meetin | $400.00 | 46.20 | $18,480.00 |
| 3 | Telephone conversations, meetin | $495.00 | 4.30 | $2,128.50 |
| 4 | Preparation for and attendance | $150.00 | 4.90 | $735.00 |
| 4 | Preparation for and attendance | $235.00 | 0.80 | $188.00 |
| 4 | Preparation for and attendance | $285.00 | 3.50 | $997.50 |
| 4 | Preparation for and attendance | $400.00 | 13.00 | $5,200.00 |
| 5 | Review and/or draft discovery, | $230.00 | 0.50 | $115.00 |

| Task Code | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5 | Review and/or draft discovery, | $285.00 | 1.80 | $513.00 |
| 5 | Review and/or draft discovery, | $310.00 | 6.00 | $1,860.00 |
| 7 | Legal research and case analysi | $225.00 | 19.70 | $4,432.50 |
| 7 | Legal research and case analysi | $230.00 | 2.10 | $483.00 |
| 7 | Legal research and case analysi | $235.00 | 52.80 | $12,408.00 |
| 7 | Legal research and case analysi | $255.00 | 16.10 | $4,105.50 |
| 7 | Legal research and case analysi | $265.00 | 13.60 | $3,604.00 |
| 7 | Legal research and case analysi | $285.00 | 11.90 | $3,391.50 |
| 7 | Legal research and case analysi | $400.00 | 0.50 | $200.00 |
| 7 | Legal research and case analysi | $495.00 | 5.20 | $2,574.00 |
| 9 | Fee applications and objections | $150.00 | 2.50 | $375.00 |
| 9 | Fee applications and objections | $255.00 | 0.20 | $51.00 |
| 9 | Fee applications and objections | $400.00 | 0.20 | $80.00 |

| Hours | Rate | Amount |
|---|---|---|
| 91.45 | $150.00 | $13,717.50 |
| 19.70 | $225.00 | $4,432.50 |
| 15.70 | $230.00 | $3,611.00 |
| 67.00 | $235.00 | $15,745.00 |
| 59.00 | $255.00 | $15,045.00 |
| 62.20 | $265.00 | $16,483.00 |
| 136.30 | $285.00 | $38,845.50 |
| 31.30 | $300.00 | $9,390.00 |
| 122.40 | $310.00 | $37,944.00 |
| 0.50 | $335.00 | $167.50 |
| 155.60 | $400.00 | $62,240.00 |
| 30.90 | $495.00 | $15,295.50 |
| | Total Amount | $232,916.50 |