IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HARVEST OIL & GAS, LLC, *et al* | § | CASE NO. 09-50397 and |
| | § | (Jointly Administered) |
| Debtors | § | |

# EXHIBIT "B"

SUMMARY OF REQUEST FOR AND
PAYMENT OF FEES AND COSTS OF ADAMS AND REESE LLP

Number of Previous Fee Applications: Two

- Total Fees Requested Under Previous Applications:   $1,789,667.90

- Total Costs Requested Under Previous Applications:   $ 253,570.15

TOTAL AMOUNT OF PREVIOUS APPLICATION:   $ 2,043,238.00

## THIRD INTERIM APPLICATION OF ADAMS AND REESE LLP

*For the Fee Period November 1, 2009 through February 28, 2010*

| Fee Period | Total Fees Requested | Total Costs | Total Invoiced | (85% fees) (100% Costs) Total Paid | Outstanding Balance Due |
|---|---|---|---|---|---|
| 11/01/09 – 11/30/09 | $ 361,397.75 | $ 78,388.13 | $ 439,785.88 | $ 385,576.21 | $ 54,209.67 |
| 12/01/09 – 12/31/09 | 143,551.75 | 52,200.16 | 195,751.91 | 174,219.15 | 21,532.76 |
| 01/01/10 – 01/31/10 | 215,212.75 | 25,499.21 | 240,711.96 | 208,430.05 | 32,281.91 |
| 02/01/10 – 02/28/10 | 232,916.50 | 8,296.99 | 241,213.49 | 206,276.01 | 34,937.48 |
| Totals: | $953,078.75 | $164,384.49 | $1,117,463.24 | $974,501.42 | $142,961.82 |