UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

FILED
APR 19 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

09-50397 Harvest Oil and Gas, LLC    Chapter: 11

(1)   Third Amended Chapter 11 Plan

(2)   Amended Disclosure Statement

**APPEARANCES:**

Lisa M. Hedrick and Paul J. Goodwine and Robin B. Cheatham
    representing DIP
Michael A. Crawford representing The Official Committee of
    Unsecured Creditors
William Patrick representing Official Committee of Equity
    Security Holders
Louis Phillips for Macquarie
Dustin McFaul and JP Hebert for Wayzata
Ben Kadden for lien claimants

**RULING:** (1) Plan is confirmed.

(2) Disclosure statement is approved.

**ORDER TO BE PREPARED BY:** Hedrick

Date:   April 19, 2010