**SO ORDERED.**

**SIGNED May 18, 2010.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HARVEST OIL & GAS, LLC, *et al* | § | CASE NO. 09-50397 and |
| | § | (Jointly Administered) |
| Debtors | § | |

### ORDER APPROVING THIRD INTERIM APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF OUT-OF-POCKET EXPENSES BY ADAMS AND REESE LLP, COUNSEL TO THE DEBTORS

*This matter* came on for hearing before the Court on May 11, 2010 as a hearing on the Third Interim Application for Compensation and for Reimbursement of Out-Of-Pocket Expenses by Adams and Reese LLP, Counsel to the Debtors, (the "Third Interim Application") (Doc. #1094), seeking compensation in the amount of $953,078.75 for professional services rendered, and $164,384.49 for out-of-pocket expenses, all as more fully set forth on Exhibit "A" attached hereto, *and the Court*, after reviewing the Third Interim Application, proper service having been

made and there being no further objections pending with respect to said Third Interim Application, *accordingly;*

**IT IS ORDERED** that the Third Interim Application of Adams and Reese LLP is approved on an interim basis in the amount of $953,078.75 for fees and $164,384.49 for expenses, all as more fully set forth on Exhibit "A" attached hereto; and

**IT IS FURTHER ORDERED** that subject to final approval of this Court, the Debtor is authorized and directed to pay to Adams and Reese LLP, to the extent not already paid, the approved amount set forth on Exhibit "A" attached hereto; and

**IT IS FURTHER ORDERED** that the Debtors are authorized to take all actions necessary to effectuate this Order; and

**IT IS FINALLY ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

### #

This order was prepared and submitted by:
Robin B. Cheatham (#4004)
John M. Duck (#5104)
Lisa M. Hedrick (#26421)
**ADAMS AND REESE LLP**
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | § | Chapter 11 |
|---|---|---|
| | § | |
| HARVEST OIL & GAS, LLC, *et al* | § | CASE NO. 09-50397 and |
| | § | (Jointly Administered) |
| Debtors | § | |

# EXHIBIT "A"

### THIRD INTERIM APPLICATION OF ADAMS AND REESE LLP

*For the Fee Period November 1, 2009 through February 28, 2010*

| Fee Period | Total Fees Requested | Total Costs | Total Invoiced | (85% fees) (100% Costs) Total Paid | Outstanding Balance Due |
|---|---|---|---|---|---|
| 11/01/09 – 11/30/09 | $ 361,397.75 | $ 78,388.13 | $ 439,785.88 | $ 385,576.21 | $ 54,209.67 |
| 12/01/09 – 12/31/09 | 143,551.75 | 52,200.16 | 195,751.91 | 174,219.15 | 21,532.76 |
| 01/01/10 – 01/31/10 | 215,212.75 | 25,499.21 | 240,711.96 | 208,430.05 | 32,281.91 |
| 02/01/10 – 02/28/10 | 232,916.50 | 8,296.99 | 241,213.49 | 206,276.01 | 34,937.48 |
| **Totals:** | $953,078.75 | $164,384.49 | **$1,117,463.24** | $974,501.42 | $142,961.82 |